CLOSED, ECF-EXEMPT, FEEPRO

# U.S. District Court
## District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:05-cv-02814-WMN
### Internal Use Only

Walker v. Sussex Community Corrections Center et al
Assigned to: Judge William M Nickerson
Demand: $19000
Cause: 42:1983 Civil Rights Act

Date Filed: 10/07/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Adrian D. Walker**    represented by    **Adrian D. Walker**
20550 Atlanta Road
Bridgeville, DE 19933
302-393-9380
PRO SE

05-744



V.

**Defendant**

**Sussex Community Corrections Center**

**Defendant**

**Warden Robert George**

**Defendant**

**The Public Defenders Office**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2005 | 1 | COMPLAINT and attachments against Sussex Community Corrections Center, Robert George, The Public Defenders Office ( Filing fee $ 250 receipt number 14637004945.), filed by Adrian D. Walker.(raf, Deputy Clerk) Modified on 10/14/2005 (raf, Deputy Clerk). (Entered: 10/13/2005) |
| 10/13/2005 |   | ***Set/Clear Flags (raf, Deputy Clerk) (Entered: 10/13/2005) |
| 10/21/2005 | 2 | ORDER TRANSFERRING this Case to the U.S. District Court of Delaware for all further proceedings as may be deemed appropriate by that Court and ADMINISTRATIVELY CLOSING this Case. Signed by Judge William M Nickerson on 10/20/05. (c/m 10/21/05 jlb, Deputy Clerk) (Entered: 10/21/2005) |
| 10/21/2005 | 3 | Correspondence from Clerk RE: Transfer of Case to U.S. District Court for Delaware. (c/m 10/21/05 jlb, Deputy Clerk) (Entered: 10/21/2005) |

| 10/21/2005 | ***Civil Case Terminated. (jlb, Deputy Clerk) (Entered: 10/21/2005) |

I hereby attest and certify on 10/21/05 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By_____Deputy