IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ADRIAN D. WALKER | : | |
| Plaintiff | : | |
| v | : | Civil Action No. WMN-05-2814 |
| SUSSEX COMMUNITY CORRECTIONS CENTER, WARDEN ROBERT GEORGE, and THE PUBLIC DEFENDER'S OFFICE | : | (ECF Exempt) |
| Defendants | : | |

o0o

**ORDER**

The above-captioned civil rights case was filed on October 7, 2005, accompanied by the full filing fee. Plaintiff, a resident of Delaware, alleges that Defendants, also located in Delaware, have violated his Fourteenth Amendment rights when his commercial driver's license was suspended. Paper No. 1. Plaintiff appears to be attempting to invoke this court's federal question jurisdiction. *See* 28 U.S.C. § 1331.

Under 28 U.S.C. § 1391(b), a civil action that is not founded on diversity of citizenship may be brought only in the judicial district where any of the defendants reside, if all defendants reside in the same State or a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, except as otherwise provided by law. It is clear from the content of the complaint that the conduct complained of occurred in Delaware and that all parties involved live in Delaware. This court is, therefore, without jurisdiction to hear the matter.

Accordingly, IT IS this 20th day of October, 2005, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk IS DIRECTED to TRANSFER this case to the United States District

Court for the District of Delaware for all further proceedings as may be deemed appropriate by that Court; and

2. The Clerk IS FURTHER DIRECTED to ADMINISTRATIVELY CLOSE this case upon its transfer to Delaware.

_____
William M. Nickerson
Senior United States District Judge

10/21/05