# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

05-744

Felicia C. Cannon, Clerk

Reply to Northern Division Address

October 21, 2005



Clerk, U.S. District Court
for the District of Delaware
J. Caleb Boggs Federal Bldg - Lockbox 18
844 N. King Street
Wilmington, DE 19801-3570

    Re:    Adrian D. Walker vs. Sussex Community Corrections Center, et al
            Civil Action No.: WMN-05-2814
            Criminal Action No.:

Dear Clerk:

[ x ]  On October 21, 2005, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers on file.

[  ]  On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[  ]  Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

    Thank you for your cooperation and courtesy in this matter.

                                  Sincerely,

                                  Felicia C. Cannon, Clerk

                      By:    Janet Buker
                            Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Letter Transferring Case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov