IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT -7 2005

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                        DEPUTY

__PETITIONER PRO'SE__         *

__ADRIAN D. WALKER__

__20550 ATLANTA ROAD__        *

__BRIDGEVILLE, DE 19933__
*(full name and address of the plaintiff)*
      **Plaintiff(s)**        *



      vs.

**CIVIL NO.**_____
(Leave blank. To be filled in by court.)

SUSSEX COMMUNITY CORREC-    *

TIONS CENTER WARDEN ROBERT

GEORGE AND THE PUBLIC DEF-   *

ENDERS OFFICE (14THE CIRCLE

GEORGETOWN, DE 19947
*(full name and address of the defendant(s))*
      **Defendant(s)**        *********

05-744

RECEIVED
OCT 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COMPLAINT

1.    Jurisdiction in this case is based on:

    [ ]    Diversity (none of the defendants are residents of the state where plaintiff is a resident)

    [x]    Federal question (suit is based upon a federal statue or provision of the United States Constitution)  See the case facts for the 14th const. Amendment.

    [x]    Other (explain) No civil process service (for separate case 00-381 DE DISTRICT COURT) regarding the validation of a commercial drivers license.



2. The facts of this case are:

<u>PURSUANT TO TITLE 28 USC SECTION 2102 THE PETITIONER FINDS THE STATE OF DELAWARE (U.S. DISTRICT) (SUPERIOR) AND (SUPREME) COURTS TO BE IN CONTEMPT OF CIVIL DUE PROCESS UNDER THE 14TH CONSTITUTIONAL AMENDMENT REGARDING THE VALIDATION OF A COMMERCIAL DRIVERS LICENSE AND CIVIL COMPLAINT. AUGUST 11TH, 2005 SUSSEX COUNTY, DE CCP JUDGE ROSEMARY BEAUREGARD SENTENCED FOR CIVIL CONTEMPT OF FINES RELATED TO SUPERRIOR COURT CHARGES AND A DISTRICT COURT CIVIL APPEAL.</u> ***PLEASE SEE PAGE (4) OF THIS COMPLAINT FOR QUESTIONS TO BE ADDRESSED BY THE COURT.*** <u>RELIEF IS BEING SOUGHT IN COMPENSATORY DAMAGES AMOUNTING $19,100 FOR (30 DAYS)IMPRISONMENT BY SUSSEX COUNTY CCP JUDGE WITHOUT INDICTMENT FOR FINES BY THE SUSSEX COUNTY SUPERIOR COURT. FINALLY, JULY 27TH, 2005 THE U.S. ATTORNEY'S OFFICE FOR DELAWARE SET MOTION REGARDING A (DEPT. OF TREASURY TAX LEIN) CURCUIT COURT APPEAL DOCKET NO. 05-3296(CMD).</u>

**<u>EVIDENCE TO BE REVIEWED BY COURT:</u>**

MARCH 07,2002 THE DELAWARE SUPREME COURT MADE A PUBLICATION FOR CASE NO. 257-2001. (SUA-SPONTE MOTION WAS DENIED MARCH 04TH, 2002 BY THE COURT). OCTOBER 08TH,2002 THE DELAWARE DISTRICT COURT MADE DECISION ORDERS FOR CASE NO.00-381 REGARDING THE VALIDATION OF A COMMERCIAL DRIVERS LICENSE. AUGUST 11TH,2005 THE (DE) DEPT. OF CORRECTIONS HELD WITH FALSE PRISON STATUS.

3. The relief I want the court to order is:

[x] Damages in the amount of: __$19,100__

[x] An injunction ordering: <u>See page (4) attached to complaint for demands and damages computation.</u>

[ ] Other (explain) _____

Adrian Walker
Adrian Walker
*(Original signature of plaintiff)*
20550 Atlanta Rd.
Bridgeville, DE
19933
(302) 393-9380

I Adrian Walker do declare under penalty of perjury that the facts to

This complaint are true and accurate in accordance with the united states laws.

Deborah O. Baker
September 14, 2005

DEBORAH D. BAKER
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXP. 9-2-2007

September 14th, 2005

# COMPLAINT DEMANDS AND DAMAGES COMPUTATION

## DEMANDS:

1. REINSTATEMENT OF COMMERCIAL DRIVERS LICENSE FOR AUGUST 11TH, 2005 SUSPENSION (6 Months).

2. ALL COURT OF COMMON PLEA FINES RELATED TO DRIVERS LICENSE DISMISSED. (SEE QUESTION 1 FOR MARYLAND COMPLAINT).

3. BRIEFING SCHEDULE BY U.S. ATTORNEY FOR DELAWARE REGARDING JULY 27TH, 2005 MOTIONING.

## DAMAGES COMPUTATION:

* $100 PER DAY FOR FALSE IMPRISONMENT FORM (OCT.02ND TO OCT.4TH, 2004) AND FROM (AUGUST 11TH, TO AUGUST 31ST, 2005 SENTENCING) 24 DAYS SERVED.

* $5000 FOR MISREPRESENTATION BY THE PUBLIC DEFENDERS OFFICE AUGUST 11TH, 2005.

* $500 PER DAY FOR FORCED LABOR BY SCCC/ SVOP WHILE ON SSDI WITH INDIFFERENCE TO CORRECTIONAL FACILITY.

* $9,400 TIMES (2) FROM JUDGE BEAUREGARD FOR MALICIUOS PROSECUTION WITH INTENT AND PUBLIC HUMILIATION REGARDING DELIBERATE DISABILITY.

* $300 FOR COST OF FILING AND CIVIL PROCESS SERVICE.

## QUESTIONS FOR THE COURT:

1. CAN THE SUSSEX COUNTY, DE CCP COURT DEMAND FINE MONEY OVER $1000 FOR CASE NO. 00-381 (DE) DISTRICT COURT REGARDING SUSSEX COUNTY SUPERIOR COURT CHARGES.

2. WOULD PAYMENT OF FINES FOR QUESTION ONE CONSTITUTE EXTORTION.

3. DID SUSSEX COMMUNITY CORRECTIONS CENTER FALSELY IMPRISON FOR 30 DAYS ON CHARGES THAT WERE DISMISSED.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADRIAN D. WALKER, )
)
    Plaintiff, )
) C.A. No. 00-381-GMS
v. )
)
THE STATE OF DELAWARE, )
TROOP 5, )
)
    Defendant. )



## ORDER

WHEREAS, the plaintiff, Adrian D. Walker ("Walker") filed the above-captioned action on April 7, 2000;

WHEREAS, on April 10, 2002, the court entered an order requiring Walker to show cause why his case should not be dismissed for failure to serve process within 120 days of filing the complaint pursuant to Federal Rule of Civil Procedure 4(m);

WHEREAS, Walker's response was due on May 9, 2002;

WHEREAS, as of the date of this order, Walker has not responded;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.     The Plaintiff's complaint is DISMISSED without prejudice.

2.     The Clerk of the Court is ordered to close this case.

Dated: October ___, 2002

UNITED STATES DISTRICT JUDGE

B

ADRIAN WALKER
20550 ATLANTA RD.
BRIDGEVILLE, DE 19933

OFFICE OF U.S. ATTORNEY
C/O ATTORNEY COLM CONNELLY
1007 ORANGE STREET SUITE 700
WILMINGTON, DE 19899

JULY 19TH, 2005

DEAR U.S. ATTORNEY

    PURSUANT TO TITLE 44 USC SECTION 1508 COMPLIANT NO. 05-168 WAS FILED ON MARCH 18TH, 2005 FOR DIVERSITY UNDER U.S. SUPREME COURT PETITION NO. 04-8617. THE CERTIORARI PETITION IS FOR DELAWARE DISTRICT COURT COMPLIANT NO. 00-381 DUE TO NO CIVIL PROCESS. PLEASE REFERENCE THE OCTOBER 07TH, 2004 U.S. ATTORNEY AFFIDAVIT. THE PETITIONER (ADRIAN WALKER) FINDS THE DELAWARE DISTRICT COURT AND SUPREME COURT TO BE SELF-INCRIMINATING WITH NON-CONFORMING FELONY BRIEFS FOR CASE NO. 257-2001. ATTACHED HERETO IS A THIRD CURCUIT COURT OF APPEALS AFFIDAVIT FOR CASE NO.05-3296 DATED JUNE 28TH, 2005. THIS IS FOR REVIEW OF CERTIFIED QUESTIONS (JANUARY 10TH, 2005) PURSUANT TO TITLE 42 USC SECTION 504 (A),(B),AND (C). PLEASE REFERENCE THE U.S, ATTORNEY AFFIDAVITS (TWO) DATED APRIL 05TH, 2005. THIS AFFIDAVIT WAS MAILED TO THE SUSSEX COUNTY PUBLIC DEFENDER GEORGETOWN, DE.

*[Signature]*
7-19-05

DEBORAH D. BAKER
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXP. 9-2-2007

RESPECTFULLY,

*[Signature]*
ADRIAN D. WALKER

## Offender Status Sheet

Date: 08/12/2005

| | | | | |
|---|---|---|---|---|
| SBI #: 00194683 | Name: ADRIAN D WALKER | | | |
| Location(s): SCCC | Level(s): 4 | Race: BLACK | DOB: 07/27/1968 | |
| AKA: ADRIAN WALKER; EGGO WALKER; ADRIAN D WALKER | | | | |
| Offender Type: Sentenced | | Officer(s): Svop Virtual, User Virt(12) | | |

### Level: 4

Start Date: 08/11/2005   MED: 09/09/2005   STRD: 09/04/2005   ADJ: 08/31/2005   PED:   Statutory Days Earned: 5.00

| CASE#/ Court/Type | CRA#/ Judge | Charge Desc/ Sen. Type/ Sentence Date | Status/ Eff. Date | Length Y | M | D | Start Dt | MED | STRD | Adj Date | CR Wk |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9806013884 U6 | MS98061619 Rosemary B Beauregar | DR LIC SUSP/REV STANDARD 08/11/2005 | Current 08/11/2005 | 0 | | 30 | 08/11/2005 | 09/09/2005 | 09/04/2005 | 08/31/2005 | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| MS98061619 | 4 | CRT1 | Other Conditions: | SENTENCED TO 30 DAYS LV4 VOP CENTER, THEN NO PROBATION TO FOLLOW. LMW |

```
                    COURT OF COMMON PLEAS
                Sussex County Court of Common Pleas
                     1 THE CIRCLE, SUITE 1
                       Georgetown, DE 19947
                         (302)856-5333

                   PAYMENT RECEIPT NO. R0509013606


NAME:              ADRIAN D WALKER
ADDR:              20550 ATLANTA RD

                   BRIDGEVILLE DE 19933




CASE NUMBER:       9806013884              ARREST DATE: 06/19/1998

ARREST/TICKET(S):  SFA13292
DATE:              09/02/2005     TIME:    13:53:34


STARTING BALANCE:           1,021.00
AMOUNT PAID:                   25.00       PAID BY CREDIT/DEBIT CARD
NEW BALANCE:                  996.00       ADRAIN WALKER



RECEIVED BY:       CCPNNEW




   PLEASE RETURN THE PORTION BELOW WITH YOUR NEXT PAYMENT
-----------------------------------------------------------------------
NAME:              ADRIAN D WALKER
CASE NUMBER:       9806013884
NEW BALANCE:          996.00

NEXT DUE DATE:     09/16/2005
AMOUNT DUE :          996.00
 AMOUNT DUE IS LESS THEN PAYMENT PLAN, DUE TO AN OVERPAYMENT

AMOUNT ENCLOSED:   $_____       CHECK #_____


MAKE CHECKS PAYABLE TO THE COURT OF COMMON PLEAS
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained in neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Adrian D. Walker

(b) County of Residence of First Listed Plaintiff: Sussex County, DE
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number): See Compliant

## DEFENDANTS
SCCC/SVOP Warden

County of Residence of First Listed Defendant: Sussex
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): Unknown

OCT - 7 2005
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☒ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☒ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☒ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 USC 2102
Brief description of cause: Contempt of fines sentence

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 19,100
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE Justice Carolyn Burger   DOCKET NUMBER 257-2001

DATE: Sept. 14th 2005
SIGNATURE OF ATTORNEY OF RECORD: Adrian D. Walker Pro'Se

FOR OFFICE USE ONLY
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___