TO:     PRIMARY CARE PHYSICIAN DR. GREEN
FROM:   CLIENT ADRIAN D. WALKER
DATE:   DECEMBER 22ND, 2005
RE:     PUBLIC HEALTH AND WELFARE

DR. GREEN

JUNE 28TH, 2005 A APPEAL NOTICE AFFIDAVIT WAS FIL-

ED FOR THIRD CURCUIT CASE NO. 05-3296. ATTACHED TO

THIS AFFIDAVIT WAS A MEDICAL MEMO TO DR. BARRIO-

CANAL (UROLOGIST) AND MEDICAL REPORT FROM DR BENZ

(UROLOGIST) BOTH OF SEAFORD, DE. PURSUANT TO TITLE

42 USC SECTIONS 504(A), (B), AND (C) CLIENT IS REQUESTING

A COURT ORDERED FEDERAL REVIEW OF CURRENT DISABI-

LITY. THIS IS PRIMARILY DUE TO A INJUNCTION IN FORMA

PAUPERIS MEMORANDUM FOR CASE NO. 00-381GMS AND

PRISON TRANSFER TO PSYCHIATRIC INFIRMARY AUGUST

14TH, 2003. DISTRICT COURT JUDGE GREGORY M. SLEET

OMITTED A ACLU AFFIDAVIT DATED AUGUST 14TH, 1999 AND

THE DELAWARE STATE POLICE FROM THAT MEMO. JULY

08TH, 2003 THE MILFORD POLICE DEPT. ARRESTED FOR FINES

RELATED TO CASE 00-381 AFTER (DDOL) LABOR LAW EN-

(1) OF (3)

FORCEMENT SCHEDULED A INTAKE REGARDING WITHHELD EEOC PROPERTY AND $30,000 DOLLARS. PENDING DELAWARE DISTRICT COURT CASE 03-472GMS WAS THEN ASSIGNED 03-809SLR DURING PERIOD OF CONEFINEMENT AT PRISON CHRONIC CARE UNIT. JULY 16TH, 2003 A USM-285 MARSHAL SUMMONS WAS SIGNED FOR JUDGE SLEETUNDER CASE 472. NOVEMBER 17TH, 2005 THE MARYLAND U.S. ATTORNEY WAS MAILED A AFFIDAVIT (FOR THIRD PARTY DIVERSITY) UNDER SECTION 871IRS CODE AND TITLE 26USC SECTION 7609. MARYLAND COMPLIANT NO. 05-2814 HAS APPARENTLY BEEN ASIGNED TO DELAWARE DISTRICT COURT AS CASE NO. 05-744GMS. THE STATE OF DELAWARE IS CURRENTLY USING THE DART BUS SYSTEM AND PARATRANSIT AS A VEHICLE FOR DEFAMATION SLANDER AND FELONY ETHICS. BECAUSE OF CASE NO. 00-381GMS AND A COMMERCIAL DRIVERS LICENSE THE DART BUS SERVICE IS MY ONLY MODE OF GENERAL TRANSPORTATION AT THIS TIME. DECEMBER15TH, 2005 DELAWARE STATE POLICE INFORMED A INCIDENT REPORT WOULD BE FILED WITH THE GEORGETOWN POLICE DEPT.

(2) OF (3)

REGARDING A ALTERCATION WITH THE 206 DART FIXED ROUTE DRIVER WHO PHYSICALLY THREATENED. DECEMBER 19${}^{TH}$, 2005 THE CLERK FOR THE DISTRICT COURT SAID A DEPOSIT COULD NOT BE MADE FOR USM-285 PROCESS SERVICE OF CASE NO. 05-744GMS. PLEASE NOT TITLE 28 USC SECTION 1921. JANUARY04${}^{TH}$, 2006 PSYCHOLOGIST DR.WINSBY MILFORD, DE IS SCHEDULED TO INTERVIEW AT 10:00A.M. I FIND THIS INFORMATION TO BE VERY IMPORTANT WITH REGARD TO MY MENTAL HEALTH AND SOCIAL WELFARE.

YOUR CLIENT

*Adrian Walker*

ADRIAN D. WALKER

*Adrian Walker*

*Deborah D. Baker* 12/22/05
Notary Public

DEBORAH D. BAKER
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXP. 9-2-2007

MARYLAND U.S. ATTORNEY
400 U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND

ADRIAN D. WALKER
20550 ATLANTA ROAD
BRIDGEVILLE, DE 19933                                    NOVEMBER 17TH, 2005

DEAR U.S. ATTORNEY

APRIL 05TH, 2005 (PURSUANT TO TITLE 28 USC SECTIONS 2410 AND 2675) DELAWARE U.S. ATTORNEY COLM CONNOLLLY WAS MAILED A AFFIDAVIT WITH REGARD TO A BALTIMORE, MARYLAND DEPT. OF TREASURY TAX LEIN. SECTION 2675 WOULD PROVE THE AUGUST 18TH, 2005 DISMISSAL OF THIRD CURCUIT APPEALS CASE NO.05-3296 IS WITHOUT MERIT REGARDING U.S. SUPREME COURT CERTIORARI PETITION NO.04-8617. PLEASE NOTE THIRD CURCUIT APPEALS CASE NO. 04-1986.
*REFERENCE CASE: RYAN V. BURLINGTON COUNTY, NEW JERSEY 889 F.2D PG. 1986 U.S. APP. 1989;THIRD CURCUIT RULE 12(6)THAT STATES FAILURE TO IMPLEMENT A PRE-TRIAL CLASSIFICATION SYSTEM CONSTITUTES EXCESSIVE FORCE.*
PURSUANT TO TITLE 28 USC SETION 1254(2)AND CERTIFIED QUESTIONS (4) AND (11) A SETTLEMENT OF MARYLAND COMPLAINT AND ALTERNATIVE BRIEFING SCHEDULE FOR DEFERRAL OF PROPER JURISDICTION UNDER SECTION 2410 (SAME TITLE) IS REQUESTED. NOVEMBER 03RD, 2005 TWO WRITS AND A USM-285 FORM (THAT ARE ATTACHED) WERE SUBMITTED TO THE U.S. MARSHAL SERVICE IN GREENBELT, MARYLAND.

*Adrian D. Walker*
RESPECTFULLY, SUBMITTED

*Adrian D. Walker*
ADRIAN D. WALKER PRO'SE

RICHARD M.
NOTARY PUBLIC-DELAWARE
MY COMMISSION EXPIRES 11/13/

| Form 668 (Y)(c) (Rev. October 2000) | 2282 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |||
|---|---|---|---|
| Area: WAGE & INVESTMENT AREA Lien Unit Phone: (800) 829-7650 | Serial Number 520121379 | For Optional Use by Recording Office ||

● This Notice of Federal Tax Lien has been filed as a matter of public record.

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

● IRS will continue to charge penalty and interest until you satisfy the amount you owe.

● Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.

Name of Taxpayer ADRIAN D WALKER

Residence  4 CAROLINE PL
DOVER, DE 19904-3342

● See the back of this page for an explanation of your Administrative Appeal rights.

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1996 | 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 | 10/26/1998 | 11/25/2008 | 3464.44 |
| 1040 | 12/31/1997 | 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 | 11/15/1999 | 12/15/2009 | 3970.53 |

*Adrian D. Walker*

*[signature]* 11/18/05

RICHARD M. STOOPS
NOTARY PUBLIC-DELAWARE
MY COMMISSION EXPIRES 11/13/06

Place of Filing
Recorder of Deeds
Kent County
Dover, DE 19901

Total $ 7434.97

This notice was prepared and signed at _____Baltimore, MD_____, on this,

the __20th__ day of __June__, __2001__.

| Signature *[signed] J. F. Shelton* for B S LANE | Title ACS (800) 829-7650 | 52-01-0000 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy    Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Maryland District Atty.
   6500 Cherrywood Lane
   Greenbelt, Maryland
   20770

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Tom Rosso
C. Date of Delivery: 11-21

D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:
   6500 Cherrywood Lane Greenbelt, MD

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 8254 0541

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

```
                         COURT OF COMMON PLEAS
                     Sussex County Court of Common Pleas
                          1 THE CIRCLE, SUITE 1
                            Georgetown, DE 19947
                              (302)856-5333

                       PAYMENT RECEIPT NO. R0512018568


NAME:                ADRIAN D WALKER
ADDR:                20550 ATLANTA RD

                     BRIDGEVILLE DE 19933




CASE NUMBER:         9806013884                ARREST DATE: 06/19/1998

ARREST/TICKET(S):    SFA13292
DATE:                12/05/2005     TIME:    12:22:51


STARTING BALANCE:                 858.00
AMOUNT PAID:                        5.00       PAID BY MONEY ORDER
NEW BALANCE:                      853.00       ADRIAN WALKER



RECEIVED BY:         CCPNNEW




  PLEASE RETURN THE PORTION BELOW WITH YOUR NEXT PAYMENT
-------------------------------------------------------------------
NAME:                ADRIAN D WALKER
CASE NUMBER:         9806013884
NEW BALANCE:              853.00

NEXT DUE DATE:       02/15/2006
AMOUNT DUE :              480.00
 THIS PAYMENT INCLUDES A PAST DUE AMOUNT OF $380.00

AMOUNT ENCLOSED:  $_____     CHECK #_____


MAKE CHECKS PAYABLE TO THE COURT OF COMMON PLEAS
```