OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 3, 2006

TO:  Adrian D. Walker
     a/k/a Adrian Dana Walker
     20550 Atlanta Road
     Bridgeville, DE 19933

**RE: Return of Papers - Letter to Honorable Judge Gregory M. Sleet, dated 1/3/06, Money Order payable to U.S. Marshal Service in the amount of $25.00, and USM Form 285 dated 1/3/06**

Dear Mr. Walker:

The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith). We have been asked to return these papers to you without action for the reasons cited in this letter.

Currently, CA 05-744 GMS is the only case pending before this Court. We are enclosing a copy of Federal Rule of Civil Proc. 4 for your reference, in the event that you are in the process of serving your complaint on the named defendants in that action. Summons forms are available upon request to the Clerk's Office, and may also be obtained via our Court website: www. ded.uscourts.gov. Please note the U.S. Marshal's Office in Delaware does not perform service of process except in situations where the Court orders such service (e.g. pauper cases).

A copy of the docket sheet for each of your prior civil actions is enclosed for your reference. Please be advised that Civil Action #05-168 SLR, noted on your USM Form 285, was CLOSED on 6/7/05 and the appeal terminated on 9/20/05. Papers related to such a closed matter will not be accepted by the Court.

    Nothing contained in this letter is intended to express an
opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rbe                                    PETER T. DALLEO
                                        CLERK
        BY:
            Ronald B. Eberhard
            Deputy Clerk

Attachments:
        Letter to Judge Gregory M. Sleet dated 1/3/2006
        Money Order Payable to U.S. Marshal Service
        U.S. Marshal Form 285 for service on U.S. Attorney, MD
        Federal Rule Civ. Proc. 4 (Summons), with Receipt
        Docket Sheets for CA 00-361 JJF, CA 00-381 GMS, CA 03-472 SLR,
            CA 03-809 thru 03-811 SLR, CA 03-929 SLR, CA 05-168 SLR,
        CA 05-744 GMS.
        Letter from Clerk, U.S. District Court dated 1/23/06


cc:  The Honorable Gregory M. Sleet, CA 05-744 GMS
                                        CA 05-168 SLR
     NR
     Alpha File

ADRIAN WALKER
20550 ATLANTA ROAD
BRIDGEVILLE, DE 19933

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JAN 31  PM 2: 21

JUDGE GREGORY M. SLEET
U.S. DISTRICT COURT
844 N. KING STREET
WILMINGTON, DE 19801                                    JANUARY 03RD, 2006

HONORABLE JUDGE GREGORY M. SLEET

JUNE 28TH, 2005 PURSUANT TO TITLE 28 UNITED STATES CODE

SETION 1254(2) A FEDERAL APPEAL NOTICE AFFIDAVIT WAS FILED

WITH THE THIRD CURCUIT COURT OF APPEALS UNDER CASE NO. 05-

3296.  PLEASE SEE U.S. SUPREME COURT CERTIORARI PETITION NO.

04-8617.  MARYLAND DISTRICT COURT COMPLIANT NO. 05-2814 WAS

FILED FOR (THIRD PARTY DIVERSITY) ESCROW.  THE BALTIMORE, MD

DEPT. OF TREASURY FILED A TAX LEIN WITH THE KENT COUNTY, DE

DEEDS RECORDER JUNE 20TH, 2001.  ATTACHED PLEASE SEE A MARY-

LAND U.S. ATTORNEY AFFIDAVIT DATED NOVEMBER 17TH, 2005 FOR

DISTRICT OF COLUMBIA 2410 CIVIL PROCEDURE. SEEPAGE FOUR OF

MARYLAND COMPLAINT FOR COURT QUESTIONS. SUSSEX COUNTY CCP

COURT IS CURRENTLY DEMANDING FINE MONIES FOR CASENO. 00-381

GMS DECIDED OCTOBER 08TH, 2002.SUBMITTED IS A $25.00 DOLLAR DE-

POSIT AND USM-285 FORM PLEASE FORWARD PAGE FOUR WITH

AMOUNT OWED FOR CIVIL SERVICE.

1/3/06

RICHARD M. STOOPS
NOTARY PUBLIC-DELAWARE
MY COMMISSION EXPIRES 11/13/06

RESPECTFULLY,
ADRIAN WALKER

MARYLAND U.S. ATTORNEY
400 U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND

ADRIAN D. WALKER
20550 ATLANTA ROAD
BRIDGEVILLE, DE 19933                              NOVEMBER 17TH, 2005

DEAR U.S. ATTORNEY

APRIL 05TH, 2005 (PURSUANT TO TITLE 28 USC SECTIONS 2410 AND

2675) DELAWARE U.S. ATTORNEY COLM CONNOLLLY WAS MAILED A AFFI-

DAVIT WITH REGARD TO A BALTIMORE , MARYLAND DEPT. OF TREASURY

TAX LEIN.  SECTION 2675 WOULD PROVE THE AUGUST 18TH, 2005 DISMISSAL

OF THIRD CURCUIT APPEALS CASE NO.05-3296 IS WITHOUT MERIT REGARD-

ING U.S. SUPREME COURT CERTIORARI PETITION NO.04-8617.  PLEASE NOTE

THIRD CURCUIT APPEALS CASE NO. 04-1986.
*REFERENCE CASE:  RYAN V. BURLINGTON COUNTY, NEW JERSEY 889 F.2D PG.
1986 U.S. APP. 1989;THIRD CURCUIT RULE 12(6)THAT STATES FAILURE TO IM-
PLEMENT A PRE-TRIAL CLASSIFICATION SYSTEM CONSTITUTES EXCESSIVE
FORCE.*
PURSUANT TO TITLE 28 USC SETION 1254(2)AND CERTIFIED QUESTIONS (4)

AND (11) A SETTLEMENT OF MARYLAND COMPLAINT AND ALTERNATIVE

BRIEFING SCHEDULE FOR DEFERRAL OF PROPER JURISDICTION UNDER

SECTION 2410 (SAME TITLE) IS REQUESTED.  NOVEMBER 03RD, 2005 TWO

WRITS AND A USM-285 FORM (THAT ARE ATTACHED) WERE SUBMITTED TO

THE U.S. MARSHAL SERVICE IN GREENBELT, MARYLAND.

RESPECTFULLY, SUBMITTED

ADRIAN D. WALKER PRO'SE

RICHARD M. STOUT
NOTARY PUBLIC-DELAWARE
MY COMMISSION EXPIRES 11/13/0-

**Form 668 (Y)(c)**
(Rev. October 2000)

2282    Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: WAGE & INVESTMENT AREA Lien Unit Phone: (800) 829-7650 | Serial Number 520121379 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer ADRIAN D WALKER

Residence    4 CAROLINE PL
DOVER, DE 19904-3342

RECEIVED
DEC 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1996 | 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 | 10/26/1998 | 11/25/2008 | 3464.44 |
| 1040 | 12/31/1997 | 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 | 11/15/1999 | 12/15/2009 | 3970.53 |

*Adrian D. Walker*

*[signature]* 11/18/05

RICHARD M. STOOPS
NOTARY PUBLIC-DELAWARE
MY COMMISSION EXPIRES 11/13/06

| Place of Filing | Recorder of Deeds Kent County Dover, DE 19901 | Total $ | 7434.97 |
|---|---|---|---|

This notice was prepared and signed at _____ Baltimore, MD _____, on this,

the ___20th___ day of ___June___, ___2001___.

| Signature *[signature]* for J S LANE | Title ACS (800) 829-7650 | 52-01-0000 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y)(c) (Rev. 10-00)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maryland District Atty
6500 Cherrywood lane
Greenbelt, Maryland
20770

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

Tom Rosso                        11-21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

6500 Cherrywood
Lane  Greenbelt, MD

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7005 1820 0004 8254 0541

PS Form 3811, February 2004          Domestic Return Receipt                102595-02-M-1540

RECEIVED
DEC 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Adrian D. Walker | 05-1168 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dept. of treasury | Civil |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Office of U.S. Attorney (MD)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 6500 Cherrywood Ln. Greenbelt, MD 20770

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

*U.S. Attorney Colm Connolly
1007 Orange St
Wilmington, DE 19899

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                      Fold

See Case No. 05-744 Gms
for Service (DE) District
Court.        * Phone 302-573-6277

| Signature of Attorney or other Originator requesting service on behalf of: Adrian D. Walker | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 302-393-9360 | DATE 01-03-06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:



USA 37

U.S. POSTAGE
GEORGETOWN, DE
JAN 27, 06
AMOUNT
$3.42
00034881-11

JAN 27 2006
USPS

UNITED STATES
POSTAL SERVICE

U.S.M.S.
X-RAY

CASE NO. OS-744

Adrian Walker
20550 Atlanta Road
Bridgeville, DE 19933

2006 JAN 31 PM 2:21

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

District Court
Judge Gregory M. Sleet
844 N. King St.
Wilmington, DE 19801



PRIORITY MAIL
UNITED STATES POSTAL SERVICE ™
www.usps.gov
LABEL 107R, OCT 1997

United States Postal Service®
DELIVERY CONFIRMATION™

7004 1560 0000 5159 1001

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:  C.A.# 05-744 GMS

CASE CAPTION:  Walker                v.  Sussex Community Cou et.al

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

    I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received_____ Signed:_____
by Plaintiff:             Pro Se Plaintiff

Date Received_____ Signed:_____
by Clerk's office:           Deputy Clerk

Note:  If you received Federal Rule  4 by mail, please sign this receipt and return it to:

   Clerk
   U.S. District Court
   844 N. King Street     If applicable,  Rule 4 mailed to plaintiff:
   Lockbox 18
   Wilmington, DE 19801

             2/3/06
             Date mailed

             By  Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04

# RULES OF CIVIL PROCEDURE

### FOR THE

## UNITED STATES DISTRICT COURTS [1]

#### Effective September 16, 1938, as amended to December 1, 2000

### I. SCOPE OF RULES—ONE FORM OF ACTION

### Rule 1. Scope and Purpose of Rules

These rules govern the procedure in the United States district courts in all suits of a civil nature whether cognizable as cases at law or in equity or in admiralty, with the exceptions stated in Rule 81. They shall be construed and administered to secure the just, speedy, and inexpensive determination of every action.

(As amended Dec. 29, 1948, eff. Oct. 20, 1949; Feb. 28, 1966, eff. July 1, 1966; Apr. 22, 1993, eff. Dec. 1, 1993.)

### Rule 2. One Form of Action

There shall be one form of action to be known as "civil action."

### II. COMMENCEMENT OF ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS

### Rule 3. Commencement of Action

A civil action is commenced by filing a complaint with the court.

### Rule 4. Summons

(a) FORM. The summons shall be signed by the clerk, bear the seal of the court, identify the court and the parties, be directed to the defendant, and state the name and address of the plaintiff's attorney or, if unrepresented, of the plaintiff. It shall also state the time within which the defendant must appear and defend, and notify the defendant that failure to do so will result in a judgment by default against the defendant for the relief demanded in the complaint. The court may allow a summons to be amended.

(b) ISSUANCE. Upon or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is in proper form, the clerk shall sign, seal, and issue it to the plaintiff for service on the defendant. A summons, or a copy of the summons if addressed to multiple defendants, shall be issued for each defendant to be served.

(c) SERVICE WITH COMPLAINT; BY WHOM MADE.

(1) A summons shall be served together with a copy of the complaint. The plaintiff is responsible for service of a sum-

---

[1] Title amended December 29, 1948, effective October 20, 1949.

mons and complaint within the time allowed under subdivision (m) and shall furnish the person effecting service with the necessary copies of the summons and complaint.

(2) Service may be effected by any person who is not a party and who is at least 18 years of age. At the request of the plaintiff, however, the court may direct that service be effected by a United States marshal, deputy United States marshal, or other person or officer specially appointed by the court for that purpose. Such an appointment must be made when the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or is authorized to proceed as a seaman under 28 U.S.C. § 1916.

(d) WAIVER OF SERVICE; DUTY TO SAVE COSTS OF SERVICE; REQUEST TO WAIVE.

(1) A defendant who waives service of a summons does not thereby waive any objection to the venue or to the jurisdiction of the court over the person of the defendant.

(2) An individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) and that receives notice of an action in the manner provided in this paragraph has a duty to avoid unnecessary costs of serving the summons. To avoid costs, the plaintiff may notify such a defendant of the commencement of the action and request that the defendant waive service of a summons. The notice and request

(A) shall be in writing and shall be addressed directly to the defendant, if an individual, or else to an officer or managing or general agent (or other agent authorized by appointment or law to receive service of process) of a defendant subject to service under subdivision (h);

(B) shall be dispatched through first-class mail or other reliable means;

(C) shall be accompanied by a copy of the complaint and shall identify the court in which it has been filed;

(D) shall inform the defendant, by means of a text prescribed in an official form promulgated pursuant to Rule 84, of the consequences of compliance and of a failure to comply with the request;

(E) shall set forth the date on which the request is sent;

(F) shall allow the defendant a reasonable time to return the waiver, which shall be at least 30 days from the date on which the request is sent, or 60 days from that date if the defendant is addressed outside any judicial district of the United States; and

(G) shall provide the defendant with an extra copy of the notice and request, as well as a prepaid means of compliance in writing.

If a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure be shown.

(3) A defendant that, before being served with process, timely returns a waiver so requested is not required to serve an answer to the complaint until 60 days after the date on which the request for waiver of service was sent, or 90 days after that

date if the defendant was addressed outside any judicial district of the United States.

(4) When the plaintiff files a waiver of service with the court, the action shall proceed, except as provided in paragraph (3), as if a summons and complaint had been served at the time of filing the waiver, and no proof of service shall be required.

(5) The costs to be imposed on a defendant under paragraph (2) for failure to comply with a request to waive service of a summons shall include the costs subsequently incurred in effecting service under subdivision (e), (f), or (h), together with the costs, including a reasonable attorney's fee, of any motion required to collect the costs of service.

(e) SERVICE UPON INDIVIDUALS WITHIN A JUDICIAL DISTRICT OF THE UNITED STATES. Unless otherwise provided by federal law, service upon an individual from whom a waiver has not been obtained and filed, other than an infant or an incompetent person, may be effected in any judicial district of the United States:

(1) pursuant to the law of the state in which the district court is located, or in which service is effected, for the service of a summons upon the defendant in an action brought in the courts of general jurisdiction of the State; or

(2) by delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein or by delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process.

(f) SERVICE UPON INDIVIDUALS IN A FOREIGN COUNTRY. Unless otherwise provided by federal law, service upon an individual from whom a waiver has not been obtained and filed, other than an infant or an incompetent person, may be effected in a place not within any judicial district of the United States:

(1) by any internationally agreed means reasonably calculated to give notice, such as those means authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents; or

(2) if there is no internationally agreed means of service or the applicable international agreement allows other means of service, provided that service is reasonably calculated to give notice:

(A) in the manner prescribed by the law of the foreign country for service in that country in an action in any of its courts of general jurisdiction; or

(B) as directed by the foreign authority in response to a letter rogatory or letter of request; or

(C) unless prohibited by the law of the foreign country, by

(i) delivery to the individual personally of a copy of the summons and the complaint; or

(ii) any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the party to be served; or

(3) by other means not prohibited by international agreement as may be directed by the court.

(g) SERVICE UPON INFANTS AND INCOMPETENT PERSONS. Service upon an infant or an incompetent person in a judicial district of the United States shall be effected in the manner prescribed by the law of the state in which the service is made for the service of summons or other like process upon any such defendant in an action brought in the courts of general jurisdiction of that state. Service upon an infant or an incompetent person in a place not within any judicial district of the United States shall be effected in the manner prescribed by paragraph (2)(A) or (2)(B) of subdivision (f) or by such means as the court may direct.

(h) SERVICE UPON CORPORATIONS AND ASSOCIATIONS. Unless otherwise provided by federal law, service upon a domestic or foreign corporation or upon a partnership or other unincorporated association that is subject to suit under a common name, and from which a waiver of service has not been obtained and filed, shall be effected:

(1) in a judicial district of the United States in the manner prescribed for individuals by subdivision (e)(1), or by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant, or

(2) in a place not within any judicial district of the United States in any manner prescribed for individuals by subdivision (f) except personal delivery as provided in paragraph (2)(C)(i) thereof.

(i) SERVING THE UNITED STATES, ITS AGENCIES, CORPORATIONS, OFFICERS, OR EMPLOYEES.

(1) Service upon the United States shall be effected

(A) by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action is brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney and

(B) by also sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia, and

(C) in any action attacking the validity of an order of an officer or agency of the United States not made a party, by also sending a copy of the summons and of the complaint by registered or certified mail to the officer or agency.

(2)(A) Service on an agency or corporation of the United States, or an officer or employee of the United States sued only in an official capacity, is effected by serving the United States in the manner prescribed by Rule 4(i)(1) and by also sending a copy of the summons and complaint by registered or certified mail to the officer, employee, agency, or corporation.

(B) Service on an officer or employee of the United States sued in an individual capacity for acts or omissions occurring in connection with the performance of duties on behalf of the United States—whether or not the officer or employee is sued also in an official capacity—is effected by serving the United States in the manner prescribed by Rule 4(i)(1) and by serving the officer or employee in the manner prescribed by Rule 4(e), (f), or (g).

(3) The court shall allow a reasonable time to serve process under Rule 4(i) for the purpose of curing the failure to serve:

(A) all persons required to be served in an action governed by Rule 4(i)(2)(A), if the plaintiff has served either the United States attorney or the Attorney General of the United States, or

(B) the United States in an action governed by Rule 4(i)(2)(B), if the plaintiff has served an officer or employee of the United States sued in an individual capacity.

(j) SERVICE UPON FOREIGN, STATE, OR LOCAL GOVERNMENTS.

(1) Service upon a foreign state or a political subdivision, agency, or instrumentality thereof shall be effected pursuant to 28 U.S.C. §1608.

(2) Service upon a state, municipal corporation, or other governmental organization subject to suit shall be effected by delivering a copy of the summons and of the complaint to its chief executive officer or by serving the summons and complaint in the manner prescribed by the law of that state for the service of summons or other like process upon any such defendant.

(k) TERRITORIAL LIMITS OF EFFECTIVE SERVICE.

(1) Service of a summons or filing a waiver of service is effective to establish jurisdiction over the person of a defendant

(A) who could be subjected to the jurisdiction of a court of general jurisdiction in the state in which the district court is located, or

(B) who is a party joined under Rule 14 or Rule 19 and is served at a place within a judicial district of the United States and not more than 100 miles from the place from which the summons issues, or

(C) who is subject to the federal interpleader jurisdiction under 28 U.S.C. §1335, or

(D) when authorized by a statute of the United States.

(2) If the exercise of jurisdiction is consistent with the Constitution and laws of the United States, serving a summons or filing a waiver of service is also effective, with respect to claims arising under federal law, to establish personal jurisdiction over the person of any defendant who is not subject to the jurisdiction of the courts of general jurisdiction of any state.

(*l*) PROOF OF SERVICE. If service is not waived, the person effecting service shall make proof thereof to the court. If service is made by a person other than a United States marshal or deputy United States marshal, the person shall make affidavit thereof. Proof of service in a place not within any judicial district of the United States shall, if effected under paragraph (1) of subdivision (f), be made pursuant to the applicable treaty or convention, and

shall, if effected under paragraph (2) or (3) thereof, include a receipt signed by the addressee or other evidence of delivery to the addressee satisfactory to the court. Failure to make proof of service does not affect the validity of the service. The court may allow proof of service to be amended.

(m) TIME LIMIT FOR SERVICE. If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1).

(n) SEIZURE OF PROPERTY; SERVICE OF SUMMONS NOT FEASIBLE.

(1) If a statute of the United States so provides, the court may assert jurisdiction over property. Notice to claimants of the property shall then be sent in the manner provided by the statute or by service of a summons under this rule.

(2) Upon a showing that personal jurisdiction over a defendant cannot, in the district where the action is brought, be obtained with reasonable efforts by service of summons in any manner authorized by this rule, the court may assert jurisdiction over any of the defendant's assets found within the district by seizing the assets under the circumstances and in the manner provided by the law of the state in which the district court is located.

(As amended Jan. 21, 1963, eff. July 1, 1963; Feb. 28, 1966, eff. July 1, 1966; Apr. 29, 1980, eff. Aug. 1, 1980; Jan. 12, 1983, eff. Feb. 26, 1983; Mar. 2, 1987, eff. Aug. 1, 1987; Apr. 22, 1993, eff. Dec. 1, 1993; Apr. 17, 2000, eff. Dec. 1, 2000.)

## Rule 4.1. Service of Other Process

(a) GENERALLY. Process other than a summons as provided in Rule 4 or subpoena as provided in Rule 45 shall be served by a United States marshal, a deputy United States marshal, or a person specially appointed for that purpose, who shall make proof of service as provided in Rule 4(l). The process may be served anywhere within the territorial limits of the state in which the district court is located, and, when authorized by a statute of the United States, beyond the territorial limits of that state.

(b) ENFORCEMENT OF ORDERS: COMMITMENT FOR CIVIL CONTEMPT. An order of civil commitment of a person held to be in contempt of a decree or injunction issued to enforce the laws of the United States may be served and enforced in any district. Other orders in civil contempt proceedings shall be served in the state in which the court issuing the order to be enforced is located or elsewhere within the United States if not more than 100 miles from the place at which the order to be enforced was issued.

(As added Apr. 22, 1993, eff. Dec. 1, 1993.)

Note: Local Rules of the U.S. District Court for the District of Delaware are available on the internet at web site: **http://www.ded.uscourts.gov** . You may find this web site helpful, especially the "Frequently Asked Questions" section.

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____          _____
CLERK                                                                        DATE

_____
(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                          Date                                     *Signature of Server*


                                                      _____

                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CLOSED

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:00-cv-00361-JJF
### Internal Use Only

Walker v. Dept of Corrections
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $280,000
Cause: 42:1983 Civil Rights Act

Date Filed: 03/31/2000
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Adrian D. Walker**                    represented by   **Adrian D. Walker**
Adrian Dana Walker, Pro se
20550 Atlanta Road
Bridgeville, DE 19933
302-393-9380
PRO SE

V.

**Defendant**

**State of Delaware Department of
Corrections**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2000 | 1 | COMPLAINT filed; Rule 4 to Pltf. FILING FEE $ 150.00 RECEIPT # 128491 (original complaint received with ifp on 3/27/00) (dab) (Entered: 03/31/2000) |
| 03/31/2000 | | No summons issued. (dab) (Entered: 03/31/2000) |
| 04/05/2000 | 2 | CASE assigned to Judge Joseph J. Farnan Jr. . Notice to all parties. (ntl) (Entered: 04/05/2000) |
| 04/14/2000 | | SUMMONS(ES) issued for Dept of Corrections (sm) (Entered: 04/17/2000) |
| 05/02/2000 | 3 | ORDER, set Rule 16 Scheduling Conference for 12:15 5/31/00 ( signed by Judge Joseph J. Farnan Jr. ) copies to: Plaintiff (sm) (Entered: 05/05/2000) |
| 05/24/2000 | 4 | Letter to the Court dated 5/23/00 by Adrian Walker RE: Pltf. signed charges to be filed and docketed with EEOC against defendant. (sm) (Entered: 05/25/2000) |
| 05/31/2000 | | Scheduling conference held (Farnan, J), B. Gaffigan, rptr; The Court |

| | | |
|---|---|---|
| | | finds there is no grounds for a federal lawsuit, therefore, this case will be dismissed. Pltf. to send a letter if he wants a transcript of this conference (free of charge). The Court will issue dismissal order. (sm) (Entered: 06/02/2000) |
| 06/02/2000 | 5 | FINAL ORDER that Pltf's [1-1] complaint is DISMISSED Pursuant to 28 U.S.C. 1915(e)(2)(B). ( signed by Judge Joseph J. Farnan Jr. ) copies to: Plaintiff (sm) (Entered: 06/06/2000) |
| 06/02/2000 | | Case closed (sm) (Entered: 06/06/2000) |
| 05/03/2004 | 6 | Transcript requested for May 31, 2000 by Walker rmks: This is to order a transcript of the proceedings heard. B. Gaffigan ct. rptr. (afb) (Entered: 05/04/2004) |
| 05/04/2004 | 7 | LETTER to Clerk from pltf. re: Adrian Dana Walker's new address is: 531 New Willow Street, Trenton, NJ. (afb) (Entered: 05/05/2004) |
| 05/07/2004 | 8 | TRANSCRIPT filed for Scheduling conference for date of 05/31/00, (Judge Farnan), B. Gaffigan ct. rptr. (afb) (Entered: 05/10/2004) |



CLOSED

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:00-cv-00381-GMS
### Internal Use Only

Walker v. State of Delaware
Assigned to: Honorable Gregory M. Sleet
Demand: $500,000
Related Case: 1:05-cv-00744-GMS
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 04/07/2000
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Adrian D. Walker**                    represented by  **Adrian D. Walker**
                                        Adrian Dana Walker, Pro se
                                        20550 Atlanta Road
                                        Bridgeville, DE 19933
                                        302-393-9380
                                        PRO SE

V.

**Defendant**

**State of Delaware**
*Troop 5*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/07/2000 | 1 | ORDER granting app to proceed without prepayment of fees and USM shall serve complaint on Dft as directed by Pltf. ( signed by Judge Gregory M. Sleet ) copies to: pltf & USM for service (dab) (Entered: 04/07/2000) |
| 04/07/2000 | 2 | MOTION by Adrian D. Walker with Proposed Order to Proceed in Forma Pauperis (dab) (Entered: 04/07/2000) |
| 04/07/2000 | 3 | COMPLAINT filed w/app to proceed in forma pauperis (dab) (Entered: 04/07/2000) |
| 04/07/2000 | 4 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (dab) (Entered: 04/07/2000) |
| 04/07/2000 |   | **Terminated document (gp) (Entered: 07/11/2000) |
| 04/10/2002 | 5 | ORDER directing that pltf. show cause on or before 05/09/02 why case should not be dismissed for failure to serve process w/in 120 days ( signed by Judge Gregory M. Sleet ) copies to: pltf. (gp) (Entered: 04/10/2002) |

| 04/10/2002 |   | Deadline updated; set Notice of Compliance deadline to 5/9/02 (gp) (Entered: 04/10/2002) |
|---|---|---|
| 10/08/2002 | 6 | ORDER dismissing plaintiff's complaint without prejudice and directing that clerk close case; see order for further details ( signed by Judge Gregory M. Sleet ) copies to: pltf. (gp) (Entered: 10/08/2002) |
| 10/08/2002 |   | Case closed (gp) (Entered: 10/08/2002) |
| 05/03/2004 | 7 | NOTICE of Address Change by Adrian D. Walker (lg) (Entered: 05/05/2004) |



[lukase]          Records Management System (Version 3.0) 3 FEB 2006 - 08:51
                        Look-up Location of a Case File

          Search Field          CASE LOCATED: AT THE FRC
  Case #>1:00CV00381


WALKER US. STATE OF DELAWARE

                                              VOLUMES      DISPOSAL
  ACCESSION #        LOCATION #      BOX #'s  INCLUDED       DATE
  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        D0900211        64       00001        10/01/2023


Press return to look up another case ->->

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:03-cv-00472-SLR
### Internal Use Only

Walker v. Sussex Probation, et al
Assigned to: Honorable Sue L. Robinson
Demand: $19,000
Case in other court: USDC/DE, 00cv361JJF
       USDC/DE, 00cv381GMS
Cause: 42:1983 Civil Rights Act

Date Filed: 05/15/2003
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Adrian Dana Walker**

represented by   **Adrian Dana Walker**
Adrian Dana Walker, Pro se
20550 Atlanta Road
Bridgeville, DE 19933
302-393-0380
PRO SE

V.

**Defendant**

**Sussex County Probation & Parole**

**Defendant**

**Georgetown Probation Intake Office**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2003 | 1 | MOTION by Adrian Dana Walker to Proceed in Forma Pauperis re: [1-1] motion (mwm) (Entered: 05/16/2003) |
| 05/15/2003 | 2 | COMPLAINT filed. Magistrate Consent Notice & Rule 4 to Pltf. (mwm) (Entered: 05/16/2003) |
| 05/21/2003 | 3 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (ntl) (Entered: 05/21/2003) |
| 06/12/2003 | 4 | Supplemental Information for the Complaint (lg) (Entered: 06/16/2003) |
| 06/24/2003 | 5 | ORDER granting [1-1] motion to Proceed in Forma Pauperis; before ordering service of process, the court will review the complaint to determine whether it is subject to dismissal pursuant to 28 USC Sect. 1915(e)(2) signed by Judge Gregory M. Sleet ) copies to: Pltf (lg) (Entered: 06/25/2003) |

| 08/14/2003 | 6 | Letter from Pltf to Judge Sleet asking him to file his Complaint initiated on 5/15/03 (Complaints #2, 3, and 4 with (4) USM forms) (lg) (Entered: 08/15/2003) |
|---|---|---|
| 08/14/2003 | 7 | Letter from the Clerk of Court to the Pltf in response to D.I. 6 advising that each of the three complaints have been filed as new cases, the filing fees are due for each case, the USM 285 Forms are being returned as they do not pertain to this civil action and that an address update will be entered for this civil action (as the return address on the envelope is different from the address on the new complaints) (lg) (Entered: 08/15/2003) |
| 09/03/2003 | 8 | CASE reassigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 09/03/2003) |
| 10/02/2003 | 9 | Grievance Form from Adrian Walker dated 7/29/03 (fmt) (Entered: 10/03/2003) |
| 11/12/2003 | 10 | Letter to Magistrate Judge Thynge from A. Walker requesting immediate jurisdiction hearing for case; attaching a petition for United States Magistrate Order captioned Walker v. State of DE; Cna. No. 257-2001 dated 4/15/03 (fmt) Modified on 11/17/2003 (Entered: 11/17/2003) |
| 01/09/2004 | 11 | AMENDED COMPLAINT by Adrian Dana Walker , amending [2-1] complaint against Georgetown Probation (fmt) (Entered: 01/14/2004) |
| 01/09/2004 | 12 | MOTION by Adrian Dana Walker to Proceed in Forma Pauperis re: [12-1] motion (fmt) (Entered: 01/14/2004) |
| 01/28/2004 | 13 | MEMORANDUM ORDER denying as moot [12-1] motion to Proceed in Forma Pauperis;to the extent that pltf. is challenging the fact or duration of his conviction and sentence, his claim is frivolous, and is dismissed without prejudice; to the extent that pltf. is raising other claims in the complaint, the claims are dismissed as frivolous ( signed by Judge Sue L. Robinson ) copies to: pltf. (fmt) Modified on 01/29/2004 (Entered: 01/29/2004) |
| 02/03/2004 | | Case closed (rld) (Entered: 02/03/2004) |
| 02/09/2004 | | Return of undeliverable mail sent to plaintiff Adrian Dana Walker; Return of D.I. # 13; Return to Sender; Refused; Per Fax from CCIC, LKA in Trenton, NJ; exit D.I. # 13 to address in Trenton on 2/11/04 (fmt) (Entered: 02/11/2004) |
| 03/31/2004 | 14 | MOTION by Adrian Dana Walker with Proposed Order to Proceed in Forma Pauperis (fmt) (Entered: 03/31/2004) |
| 03/31/2004 | 15 | NOTICE OF APPEAL by Adrian Dana Walker [13-1] order, [5-1] order . Time: 9:16 a.m. Fee Status: not paid Appeal record due on 4/30/04 (fmt) (Entered: 03/31/2004) |
| 04/05/2004 | | So Ordered granting [14-1] motion to Proceed in Forma Pauperis ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 04/05/2004) |

| | | |
|---|---|---|
| 04/07/2004 | | Certified and transmitted certified list of docket entries in lieu of record on appeal to U.S. Court of Appeals: [15-1] appeal by Adrian Dana Walker; exit certified copies of docket entries indicating record complete for appeal purposes. (els) (Entered: 04/07/2004) |
| 04/07/2004 | | Copies to the Honorable Sue L. Robinson, and Adrian Dana Walker (els) (Entered: 04/07/2004) |
| 04/14/2004 | | NOTICE of Docketing ROA from USCA for the Third Circuit Re: [15-1] appeal by Adrian Dana Walker USCA NUMBER: 04-1983 (fmt) Modified on 04/15/2004 (Entered: 04/15/2004) |
| 05/03/2004 | | **Terminated deadlines (rld) (Entered: 05/03/2004) |
| 05/03/2004 | 16 | NOTICE of Change of Address by Adrian Dana Walker (fmt) (Entered: 05/04/2004) |
| 05/03/2004 | 17 | AFFIDAVIT by Adrian Dana Walker Re: [14-1] motion to Proceed in Forma Pauperis (fmt) (Entered: 05/04/2004) |
| 05/25/2004 | | Transmitted First supplemental record on appeal: [15-1] appeal by Adrian Dana Walker (els) (Entered: 05/25/2004) |
| 06/18/2004 | 18 | JUDGMENT OF USCA (certified copy) Re: Motion by Appellant for Leave to Proceed In Forma Pauperis; Granted; appeal will be submitted to a panel of the Court for determination (fmt) (Entered: 06/21/2004) |
| 11/29/2004 | 20 | JUDGMENT OF USCA (certified copy) Re: [15-1] appeal; AFFIRMING the Dist. Court's dismissal of appellant's complaint pursuant to 28 U.S.C. Section 1915(e)(2)(B). (rld) (Entered: 11/30/2004) |
| 11/30/2004 | 19 | Letter to Judge Robinson from C. Dyer, USCA for the Third Circuit enclosing a copy of the decision filed on 11/22/04; Court's mandate will issue in due course (fmt) (Entered: 11/30/2004) |
| 11/30/2004 | | **Remove appeal flag - no further appeals pending (rld) (Entered: 11/30/2004) |
| 12/17/2004 | 21 | JUDGMENT OF USCA For the Third Circuit(certified copy); summarily affirm the District Court's Dismissal of Appellant's Complaint (fmt) (Entered: 12/21/2004) |

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:03-cv-00809-SLR
### Internal Use Only

Walker v. SC Probation, et al                            Date Filed: 08/14/2003
Assigned to: Honorable Sue L. Robinson       Jury Demand: None
Demand: $35,000                                           Nature of Suit: 555 Prisoner: Prison
Case in other court:  USDC/DE, 00cv361JJF      Conditions
                      USDC/DE, 00cv381GMS      Jurisdiction: Federal Question
                      USDC/DE, 00cv810UNA
                      USDC/DE, 03cv472GMS
                      USDC/DE, 03cv811UNA et al
Cause: 42:1983 Prisoner Civil Rights

**Plaintiff**

**Adrian Dana Walker**                    represented by  **Adrian Dana Walker**
                                                          Adrian Dana Walker, Pro se
                                                          20550 Atlanta Road
                                                          Bridgeville, DE 19933
                                                          302-393-0380
                                                          PRO SE

V.

**Defendant**

**SC Probation**

**Defendant**

**Probation Officer Jennifer Riley**

**Defendant**

**Charlie Cave**

**Defendant**

**Warden George Brian Smith**

**Defendant**

**Pamela Cox**

**Defendant**

**George Pearson**

**Defendant**

**Trina Wheedleton**

*Milford and Capital Police Depts.*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2003 | 1 | COMPLAINT filed (mwm) (Entered: 08/14/2003) |
| 08/14/2003 | 2 | Letter to Pltf RE: the adding of civil action numbers to several new civil actions filed by Pltf. (mwm) (Entered: 08/14/2003) |
| 09/03/2003 | 3 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 09/03/2003) |
| 09/12/2003 | | FILING FEE $ 150.00 assessed per order. (rbe) (Entered: 09/15/2003) |
| 09/12/2003 | 4 | ORDER and assessing $150.00 filing fee and requesting pltf to submit an application to proceed w/out prepayment of fees and a certified copy of his trust fund account statement. Failure to submit items w/in 30 days will result in dismissal w/out prejudice. Set Notice of Compliance deadline to 10/14/03 for Adrian Dana Walker ( signed by Judge Sue L. Robinson ) copies to Pltf w/Mag. Consent Form (fmt) (Entered: 09/15/2003) |
| 10/02/2003 | 5 | MOTION by Adrian Dana Walker to Proceed in Forma Pauperis (fmt) (Entered: 10/03/2003) |
| 11/12/2003 | 6 | ORDER granting [5-1] motion to Proceed in Forma Pauperis and assessing $150.00 filing fee. Pltf. has no assets and no means to pay the initial partial filing fee, nevertheless, any money the pltf. later receives will be collected in the manner described in the order; Pltf shall return the attached payment authorization w/in 30 days. Failure to return payment authorization shall result in dismissal of action w/out prejudice. Set Notice of Compliance deadline to 12/12/03 for Adrian Dana Walker ( signed by Judge Sue L. Robinson ) copy to: Pltf w/Mag. Consent form (fmt) (Entered: 11/13/2003) |
| 11/12/2003 | | FILING FEE $ 150.00 assessed. (fmt) (Entered: 11/13/2003) |
| 11/20/2003 | | Return of undeliverable mail sent to plaintiff Adrian Dana Walker; return of D.I. # 6; Not at SCI; exit D.I. # 6 to new address in Bridgeville, DE (fmt) (Entered: 11/20/2003) |
| 01/09/2004 | 7 | MOTION by Adrian Dana Walker to Proceed in Forma Pauperis re: [7-1] motion (fmt) (Entered: 01/14/2004) |
| 02/02/2004 | 8 | ORDER; this Court entered an order requiring pltf. to file an authorization form within 30 days from the date the order was sent, or the case would be dismissed; the required document has not been received; complaint is DISMISSED WITHOUT PREJUDICE; pltf. is not required to pay the $150.00 filing fee ( signed by Judge Sue L. Robinson ) copies to: pltf. (fmt) (Entered: 02/04/2004) |
| 02/04/2004 | | Case closed (rld) (Entered: 02/04/2004) |

| 03/31/2004 | 9 | MOTION by Adrian Dana Walker with Proposed Order to Proceed in Forma Pauperis (fmt) (Entered: 03/31/2004) |
|---|---|---|
| 03/31/2004 | 10 | NOTICE OF APPEAL by Adrian Dana Walker [8-1] order, [6-1] order, [4-1] order . Time: 9:16 Fee Status: not paid Appeal record due on 4/30/04 (fmt) (Entered: 03/31/2004) |
| 04/05/2004 |  | So Ordered granting [9-1] motion to Proceed in Forma Pauperis ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 04/05/2004) |
| 04/07/2004 |  | Certified and transmitted certified list of docket entries in lieu of record on appeal to U.S. Court of Appeals: [10-1] appeal by Adrian Dana Walker; exit certified copies of docket entries indicating complete for appeal purposes. (els) (Entered: 04/07/2004) |
| 04/07/2004 |  | Copies to the Honorable Sue L. Robinson and Adrian Dana Walker. (els) (Entered: 04/07/2004) |
| 04/14/2004 |  | NOTICE of Docketing ROA from USCA for the Third Circuit Re: [10-1] appeal by Adrian Dana Walker USCA NUMBER: 04-1984 (fmt) Modified on 04/15/2004 (Entered: 04/15/2004) |
| 05/03/2004 |  | **Terminated deadlines (rld) (Entered: 05/03/2004) |
| 05/03/2004 | 11 | NOTICE of Adress Change by Adrian Dana Walker (fmt) (Entered: 05/04/2004) |
| 05/03/2004 | 12 | AFFIDAVIT by Adrian Dana Walker Re: [9-1] motion to Proceed in Forma Pauperis (fmt) (Entered: 05/04/2004) |
| 05/25/2004 |  | Transmitted First supplemental record on appeal: [10-1] appeal by Adrian Dana Walker (els) (Entered: 05/25/2004) |
| 11/23/2004 | 13 | Letter to Judge Robinson from Clerk, USCA for the Third Circuit enclosing a copy of the decision filed on 11/22/04; Court's mandate will issue in due course (fmt) (Entered: 11/24/2004) |
| 12/17/2004 | 14 | JUDGMENT OF USCA for the Third Circuit (certified copy) Re: [10-1] appeal; the appeal is dismissed (fmt) (Entered: 12/21/2004) |
| 12/17/2004 |  | **Remove appeal flag - no further appeals pending (fmt) (Entered: 12/21/2004) |

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:03-cv-00810-SLR
## Internal Use Only

Walker v. District Court DE, et al
Assigned to: Honorable Sue L. Robinson
Demand: $0
Case in other court: USDC/DE, 00CV361JJF
                    USDC/DE, 00CV381GMS
                    USDC/DE, 03CV472GMS
                    USDC/DE, 03CV809UNA
                    USDC/DE, 03CV811UNA et al
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/14/2003
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Adrian Dana Walker**

represented by **Adrian Dana Walker**
Adrian Dana Walker, Pro se
20550 Atlanta Road
Bridgeville, DE 19933
302-393-0380
PRO SE

V.

**Defendant**

**The District Court of Delaware**

**Defendant**

**District Court Judge Gregory M. Sleet**

**Defendant**

**Judge Joseph Farnan, Jr.**

**Defendant**

**Judge Rosemary Beauregard**

**Defendant**

**SCCC/SVOP Warden**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/14/2003 | 1 | COMPLAINT filed (mwm) (Entered: 08/14/2003) |

| | | |
|---|---|---|
| 08/14/2003 | 2 | Letter to Pltf RE: adding of civil action numbers to several new civil actions filed by Pltf. (mwm) (Entered: 08/14/2003) |
| 09/03/2003 | 3 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 09/03/2003) |
| 09/12/2003 | | FILING FEE $ 150.00 assessed per order . (rbe) (Entered: 09/15/2003) |
| 09/12/2003 | 4 | ORDER and assessing $150.00 filing fee and requesting pltf to submit an application to proceed w/out prepayment of fees and a certified copy of his trust fund account statement. Failure to submit items w/in 30 days will result in dismissal w/out prejudice. Set Notice of Compliance deadline to 10/14/03 for Adrian Dana Walker ( signed by Judge Sue L. Robinson ) copies to Pltf w/Mag. Consent Form (fmt) (Entered: 09/15/2003) |
| 11/05/2003 | 5 | ORDER, to Dismiss the complaint without prejudice as pltf. has failed to file the required documents pursuant to the court's order of 9/12/03 (D.I. 4); pltf. is not required to pay the $150.00 filing fee ( signed by Judge Sue L. Robinson ) copies to: pltf. (rld) (Entered: 11/07/2003) |
| 11/07/2003 | | Civil debt removed $ 150.00 by Judge Sue L. Robinson per D.I. 5 (rld) (Entered: 11/07/2003) |
| 11/07/2003 | | Case closed (rld) (Entered: 11/07/2003) |
| 03/31/2004 | 6 | MOTION by Adrian Dana Walker with Proposed Order to Proceed in Forma Pauperis (fmt) (Entered: 03/31/2004) |
| 03/31/2004 | 7 | NOTICE OF APPEAL by Adrian Dana Walker [5-1] order to Dismiss the complaint without prejudice as pltf. has failed to file the required documents pursuant to the court's order of 9/12/03 (D.I. 4); pltf. is not required to pay the $150.00 filing fee, [4-1] order . Time: 9:17 Fee Status: not paid Appeal record due on 4/30/04 (fmt) (Entered: 03/31/2004) |
| 04/05/2004 | | So Ordered granting [6-1] motion to Proceed in Forma Pauperis ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 04/05/2004) |
| 04/07/2004 | | Certified and transmitted certified list of docket entries in lieu of record on appeal to U.S. Court of Appeals: [7-1] appeal by Adrian Dana Walker; exit certified copies of docket entries indicating record complete for appeal purposes. (els) (Entered: 04/07/2004) |
| 04/07/2004 | | Copies to the Honorable Sue L. Robinson and Adrian Dana Walker (els) (Entered: 04/07/2004) |
| 04/14/2004 | | NOTICE of Docketing ROA from USCA for the Third Circuit Re: [7-1] appeal by Adrian Dana Walker USCA NUMBER: 04-1985 (fmt) Modified on 04/15/2004 (Entered: 04/15/2004) |
| 05/03/2004 | | **Terminated deadlines (rld) (Entered: 05/03/2004) |
| 05/03/2004 | 8 | NOTICE of Change of Address by Adrian Dana Walker (fmt) (Entered: |

| | | 05/04/2004) |
|---|---|---|
| 05/03/2004 | 9 | AFFIDAVIT by Adrian Dana Walker Re: [6-1] motion to Proceed in Forma Pauperis (fmt) (Entered: 05/04/2004) |
| 05/25/2004 | | Transmitted First supplemental record on appeal: [7-1] appeal by Adrian Dana Walker (els) (Entered: 05/25/2004) |
| 11/30/2004 | 10 | Letter to Judge Robinson from C. Dyer, USCA for the Third Circuit enclosing a copy of the decision filed on 11/22/04; Court's mandate will issue in due course (fmt) (Entered: 11/30/2004) |
| 12/17/2004 | 11 | JUDGMENT OF USCA for the Third Circuit (certified copy) Re: [7-1] appeal; appeal is dismissed (fmt) (Entered: 12/21/2004) |
| 12/17/2004 | | **Remove appeal flag - no further appeals pending (fmt) (Entered: 12/21/2004) |
| 04/06/2005 | 12 | Copy of Letter to Clerk, United States Court of Appeals for the Third Circuit from Supreme Court of the United States; Office of the Clerk regarding petition for a writ of certiorari; petition for a writ of certiorari is denied. (fmt, ) (Entered: 04/07/2005) |

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**



William K. Suter
Clerk of the Court
(202) 479-3011

March 28, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106



Re:  Adrian Dana Walker
v. United States District Court for the District of Delaware, et al.
No. 04-8617
(Your No. 04-1985)

03-CV-00810 D

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:03-cv-00811-SLR
## Internal Use Only

Walker v. District Court DE, et al
Assigned to: Honorable Sue L. Robinson
Demand: $111,000
Case in other court:  USDC/DE, 00CV361JJF
                    USDC/DE, 00CV381GMS
                    USDC/DE, 03CV472GMS
                    USDC/DE, 03CV810UNA et al
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/14/2003
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Adrian Dana Walker**

represented by **Adrian Dana Walker**
Adrian Dana Walker, Pro se
20550 Atlanta Road
Bridgeville, DE 19933
302-393-0380
PRO SE

V.

**Defendant**

**The District Court of Delaware**

**Defendant**

**District Court Judge Joseph Farnan, Jr.**

**Defendant**

**DCC Pre-trial**

**Defendant**

**SWRC**

**Defendant**

**Warden George**

**Defendant**

**Officer Oettel**

**Defendant**

**Officer Eldridge Johnson**

**Defendant**

**Dept. of Corrections Union**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2003 | 1 | COMPLAINT filed (mwm) (Entered: 08/15/2003) |
| 08/14/2003 | 2 | Letter to Pltf. RE: adding of civil action numbers to several new civil actions filed by Pltf. (mwm) (Entered: 08/15/2003) |
| 09/03/2003 | 3 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 09/03/2003) |
| 09/12/2003 | | FILING FEE $ 150.00 assessed per order. (rbe) (Entered: 09/15/2003) |
| 09/12/2003 | 4 | ORDER and assessing $150.00 filing fee and requesting pltf to submit an application to proceed w/out prepayment of fees and a certified copy of his trust fund account statement. Failure to submit items w/in 30 days will result in dismissal w/out prejudice. Set Notice of Compliance deadline to 10/14/03 for Adrian Dana Walker ( signed by Judge Sue L. Robinson ) copies to Pltf w/Mag. Consent Form (fmt) (Entered: 09/15/2003) |
| 11/05/2003 | 5 | ORDER, to Dismiss the complaint without prejudice as pltf. has failed to file the required documents pursuant to the court's order of 9/12/03 (D.I. 4); pltf. is not required to pay the $150.00 filing fee ( signed by Judge Sue L. Robinson ) copies to: pltf. (rld) (Entered: 11/07/2003) |
| 11/07/2003 | | Civil debt removed $ 150.00 by Judge Sue L. Robinson per D.I. 5 (rld) (Entered: 11/07/2003) |
| 11/07/2003 | | Case closed (rld) (Entered: 11/07/2003) |
| 11/13/2003 | | Return of undeliverable mail sent to plaintiff Adrian Dana Walker; Return of D.I. # 5; return from SCI; attempted not known; per envelope from A. Walker of 11/12/03, new address in Bridgeville, DE; exit D.I. # 5 to new address; Address change to R. Butts (fmt) (Entered: 11/14/2003) |
| 03/31/2004 | 6 | MOTION by Adrian Dana Walker with Proposed Order to Proceed in Forma Pauperis (fmt) (Entered: 03/31/2004) |
| 03/31/2004 | 7 | NOTICE OF APPEAL by Adrian Dana Walker [5-1] order to Dismiss the complaint without prejudice as pltf. has failed to file the required documents pursuant to the court's order of 9/12/03 (D.I. 4); pltf. is not required to pay the $150.00 filing fee, [4-1] order . Time: 9:18 a.m. Fee Status: not paid Appeal record due on 4/30/04 (fmt) (Entered: 03/31/2004) |
| 04/05/2004 | | So Ordered granting [6-1] motion to Proceed in Forma Pauperis ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 04/05/2004) |
| 04/07/2004 | | Certified and transmitted certified list of docket entries in lieu of record |

| | | |
|---|---|---|
| | | on appeal to U.S. Court of Appeals: [7-1] appeal by Adrian Dana Walker; exit certified copies of docket entries indicating record complete for appeal purposes. (els) (Entered: 04/07/2004) |
| 04/07/2004 | | Copies to the Honorable Sue L. Robinson, and Adrian Dana Walker. (els) (Entered: 04/07/2004) |
| 04/14/2004 | | NOTICE of Docketing ROA from USCA for the Third Circuit Re: [7-1] appeal by Adrian Dana Walker USCA NUMBER: 04-1986 (fmt) (Entered: 04/15/2004) |
| 05/03/2004 | | **Terminated deadlines (rld) (Entered: 05/03/2004) |
| 05/03/2004 | 8 | NOTICE of Change of Address by Adrian Dana Walker (fmt) (Entered: 05/04/2004) |
| 05/03/2004 | 9 | AFFIDAVIT by Adrian Dana Walker Re: [6-1] motion to Proceed in Forma Pauperis (fmt) (Entered: 05/04/2004) |
| 05/25/2004 | | Transmitted First supplemental record on appeal: [7-1] appeal by Adrian Dana Walker (els) (Entered: 05/25/2004) |
| 11/30/2004 | 10 | Letter to Judge Robinson from C. Dyer, USCA for the Third Circuit enclosing a copy of the decision filed on 11/22/04; Court's mandate will issue in due course (fmt) (Entered: 11/30/2004) |
| 12/17/2004 | 11 | JUDGMENT OF USCA for the Third Circuit(certified copy) Re: [7-1] appeal; the appeal is dismissed (fmt) Modified on 12/21/2004 (Entered: 12/21/2004) |
| 12/20/2004 | | **Remove appeal flag - no further appeals pending (fmt) (Entered: 12/21/2004) |

CLOSED

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:03-cv-00929-SLR
## Internal Use Only

Walker v. First Corr Medical, et al

Assigned to: Honorable Sue L. Robinson

Demand: $100,000

Case in other court: USDC/DE, 03cv472-SLR

                         USDC/DE, 03cv809-SLR

                         USDC/DE, 03cv810-SLR

                         USDC/DE, 03cv811-SLR

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/03/2003

Jury Demand: None

Nature of Suit: 555 Prisoner: Prison Conditions

Jurisdiction: Federal Question

**Plaintiff**

**Adrian Dana Walker**                         represented by     **Adrian Dana Walker**
Adrian Dana Walker, Pro se
20550 Atlanta Road
Bridgeville, DE 19933
302-393-0380
PRO SE

V.

**Defendant**

**First Correctional Medical Inc.**

**Defendant**

**Chronic Care Unit**

**Defendant**

**Dr. Eniola**

**Defendant**

**Dr. Capiro**

**Defendant**

**Dr. Frances**

**Defendant**

**Dr. Mitchell Kho**

**Defendant**

**Dr. Zaimes**

**Defendant**

**Dr. Benz**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2003 | 1 | COMPLAINT filed. (dab) (Entered: 10/06/2003) |
| 10/15/2003 | 2 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (ntl) (Entered: 10/15/2003) |
| 10/22/2003 | 3 | ORDER assessing $150.00 filing fee and requesting pltf to submit an application to proceed w/out prepayment of fees and a certified copy of his trust fund account statement. Failure to submit items w/in 30 days will result in dismissal w/out prejudice. Set Notice of Compliance deadline to 11/24/03 for Adrian Dana Walker ( signed by Judge Sue L. Robinson ) copies to Pltf w/Mag. Consent Form (rld) (Entered: 10/23/2003) |
| 10/23/2003 | | FILING FEE $ 150.00 assessed. (rld) (Entered: 10/23/2003) |
| 12/10/2003 | 4 | ORDER; required documents have not been received from the pltf.; the pltf's complaint is DISMISSED WITHOUT PREJUDICE; pltf. is not required to pay the $150.00 filing fee ( signed by Judge Sue L. Robinson ) copies to: pltf. (fmt) (Entered: 12/10/2003) |
| 12/11/2003 | | Case closed (rld) (Entered: 12/11/2003) |
| 12/11/2003 | | Civil debt removed $ 150.00 by Judge Sue L. Robinson (rbe) (Entered: 12/11/2003) |
| 03/31/2004 | 5 | MOTION by Adrian Dana Walker with Proposed Order to Proceed in Forma Pauperis (fmt) (Entered: 03/31/2004) |
| 03/31/2004 | 6 | NOTICE OF APPEAL by Adrian Dana Walker [4-1] order, [3-2] order . Time: 9:21 Fee Status: not paid Appeal record due on 4/30/04 (fmt) (Entered: 03/31/2004) |
| 04/05/2004 | | So Ordered granting [5-1] motion to Proceed in Forma Pauperis ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 04/05/2004) |
| 04/07/2004 | | Certified and transmitted certified list of docket entries in lieu of record on appeal to U.S. Court of Appeals: [6-1] appeal by Adrian Dana Walker; exit certified copies of docket entries indicating record complete for appeal purposes. (els) (Entered: 04/07/2004) |
| 04/07/2004 | | Copies to the Honorable Sue L. Robinson, and Adrian Dana Walker (els) (Entered: 04/07/2004) |
| 04/14/2004 | | NOTICE of Docketing ROA from USCA for the Third Circuit Re: [6-1] appeal by Adrian Dana Walker USCA NUMBER: 04-1987 (fmt) (Entered: 04/15/2004) |

| 05/03/2004 | | **Terminated deadlines (rld) (Entered: 05/03/2004) |
| 05/03/2004 | 7 | NOTICE of Address Change by Adrian Dana Walker (fmt) (Entered: 05/04/2004) |
| 05/03/2004 | 8 | AFFIDAVIT by Adrian Dana Walker Re: [5-1] motion to Proceed in Forma Pauperis (fmt) (Entered: 05/04/2004) |
| 05/25/2004 | | Transmitted First supplemental record on appeal: [6-1] appeal by Adrian Dana Walker (els) (Entered: 05/25/2004) |
| 11/23/2004 | 9 | Letter to Judge Robinson from Clerk, USCA for the Third Circuit enclosing a copy of the decision filed 11/22/04; Court's mandate will issue in due course (fmt) (Entered: 11/24/2004) |
| 12/17/2004 | 10 | JUDGMENT OF USCA For the Third Circuit(certified copy) Re: [6-1] appeal; appeal is dismissed (fmt) (Entered: 12/21/2004) |
| 12/17/2004 | | **Remove appeal flag - no further appeals pending (fmt) (Entered: 12/21/2004) |

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00168-SLR
### Internal Use Only

Walker v. Johnson et al                          Date Filed: 03/18/2005
Assigned to: Honorable Sue L. Robinson           Jury Demand: None
Cause: 28:1331 Fed. Question: Tort Action        Nature of Suit: 290 Real Property: Other
                                                 Jurisdiction: Diversity

**Plaintiff**

**Adrian D. Walker**                represented by   **Adrian D. Walker**
                                                     Adrian Dana Walker, Pro se
                                                     20550 Atlanta Road
                                                     Bridgeville, DE 19933
                                                     302-393-9380
                                                     PRO SE

V.

**Defendant**

**Manager Helen Johnson**
*Citizens Bank*

**Defendant**

**US Treasury Dept.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2005 | ◑1 | MOTION for Leave to Proceed in forma pauperis - filed by Adrian D. Walker. (mwm, ) (Entered: 03/21/2005) |
| 03/18/2005 | ◑2 | COMPLAINT filed against Helen Johnson, US Treasury Dept. - Magistrate Consent Notice to Pltf. - filed by Adrian D. Walker. (Attachments: # 1 Attachment# 2 Attachment# 3 Civil Cover Sheet) (mwm, ) (Entered: 03/21/2005) |
| 03/30/2005 | ◑ | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 03/30/2005) |
| 04/28/2005 | ◑3 | SEALED Inmate Account AFFIDAVIT filed by Adrian D. Walker. (fmt, ) Modified on 4/29/2005 (fmt, ). (Entered: 04/29/2005) |
| 04/28/2005 | ◑4 | REDACTED VERSION of 3 Affidavit by Adrian D. Walker. (fmt, ) (Entered: 04/29/2005) |

Case 1:05-cv-00744-GMS    Document 5    Filed 02/03/2006    Page 42 of 50

| 06/06/2005 | 5 | MEMORANDUM ORDER granting 1 MOTION for Leave to Proceed in forma pauperis filed by Adrian D. Walker, denying 4 Request for Recusal filed by Adrian D. Walker; to the extent that plaintiff is challenging the fact or duration of his conviction and sentence, his claim is frivolous and shall be dismissed without prejudice; plaintiff's remaining claims shall be dismissed without prejudice. Signed by Judge Sue L. Robinson on 6/3/05. (fmt, ) (Entered: 06/06/2005) |
| --- | --- | --- |
| 06/07/2005 | | CASE CLOSED (rld, ) (Entered: 06/07/2005) |
| 06/29/2005 | 6 | NOTICE OF APPEAL of 5 Memorandum and Order, Appeal filed by Adrian D. Walker. (Attachments: # 1 Attachment 1 to Appeal# 2 Attachment 2 to Appeal)(fmt, ) (Entered: 07/05/2005) |
| 07/08/2005 | 7 | NOTICE of Docketing from USCA for the Third Circuit for 6 Notice of Appeal filed by Adrian D. Walker. USCA Case Number: 05-3296. USCA Case Manager: Chiquita Dyer. (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF)(ai) (Entered: 07/08/2005) |
| 07/14/2005 | 8 | MOTION for Leave to Appeal in forma pauperis - filed by Adrian D. Walker. (fmt, ) (Entered: 07/14/2005) |
| 07/14/2005 | | SO ORDERED, re 8 MOTION for Leave to Appeal in forma pauperis filed by Adrian D. Walker, . Signed by Judge Sue L. Robinson on 7/14/05. (rld, ) (Entered: 07/14/2005) |
| 09/20/2005 | 9 | USCA Order Terminating Appeal as to 6 Notice of Appeal filed by Adrian D. Walker,. USCA Decision: dismissing. (Attachments: # 1)(cd, ) (Entered: 10/05/2005) |

APS-339                                            **August 18, 2005**

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **05-3296**

ADRIAN D. WALKER,

        Appellant

   v.

MANAGER HELEN JOHNSON,
Citizens Bank; US TREASURY DEPT.

    (D. Del. Civ. No. 05-cv-00168)

Present: SLOVITER, FUENTES AND NYGAARD, <u>CIRCUIT JUDGES</u>

        Submitted are:

    (1)    By the Clerk for possible dismissal due to jurisdictional defect; and

    (2)    Appellee United States Treasury Department's Motion to Dismiss
           for Lack of Appellate Jurisdiction or in the Alternative, Motion for
           Summary Affirmance

    in the above-captioned case.

               Respectfully,

               Clerk

MMW/JLR/je/cmd
_____O R D E R_____

Appellee's motion to dismiss the appeal for lack of jurisdiction is granted. Appellant
seeks to appeal a non-final order. <u>See Borelli v. City of Reading</u>, 532 F.2d 950, 951-52
(3d Cir. 1976) (stating an order dismissing a complaint without prejudice is neither final
nor appealable unless the plaintiff cannot amend or declares his intention to stand on his
complaint). Appellant has not declared his intention to stand on his complaint and it

ADRIAN D. WALKER,

        Appellant

    v.

MANAGER HELEN JOHNSON,
Citizens Bank; US TREASURY DEPT.

C.A. No. 05-3296

Page Two

appears he can amend it.  Construing Appellant's appeal in part as a petition for a writ of mandamus seeking review of the District Court Judge's denial of his recusal motion pursuant to 28 U.S.C. § 455, the petition for a writ of mandamus is denied.  The record does not reasonably support the appearance of prejudice or bias on the part of the District Court Judge.  In re Antar, 71 F.3d 97, 101 (3d Cir. 1995).

                    By the Court,

                    /s/ Julio M. Fuentes
                    Circuit Judge

Dated: September 20, 2005
CMD/cc: Adrian Dana Walker
       Patricia C. Hannigan, Esq.



A True Copy:

Marcia M. Waldron, Clerk

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

# United States Court of Appeals

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

TELEPHONE

215-597-2995

Delaware  District Clerk

Date  9/20/05

In Re: Walker v. Johnson
  (Caption)

C. of A. No. 05-3296

Adrian D. Walker
  (Appellant)

05-cv-00168
  (D.C. No.)

Enclosures:

_____  **9/20/05**_____  Certified copy of  Order by the **Court**
        (Date)

_____  Released (Record) (Supplemental Record - First - Second - Third)

_____  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not released at this time until appeal(s) closed at No.(s)_____

_____  Please forward Certified List in lieu of Record to this office.

_____  The certified copy of Judgement issued as the mandate on _____  is recalled.

                    _____ Chiquita Dyer _____     (267)-299- 4919___
                         Case Manager             Telephone Number

Receipt Acknowledge:


_____
  (Name)

_____
  (Date)

                                      Rev. 4/3/03
                    Appeals (Certified List in Lieu of Record)

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00744-GMS
## Internal Use Only

Walker v. Sussex Community Corrections et al
Assigned to: Honorable Gregory M. Sleet
Related Case: 1:00-cv-00381-GMS
Case in other court: USDC/MD, 05cv2814
Cause: 42:1983 Civil Rights Act

Date Filed: 10/24/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Adrian D. Walker**

represented by **Adrian D. Walker**
Adrian Dana Walker, Pro se
20550 Atlanta Road
Bridgeville, DE 19933
302-393-9380
PRO SE

V.

**Defendant**

**Sussex Community Corrections
Center**

**Defendant**

**Warden Robert George**

**Defendant**

**Public Defenders Office**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2005 | ●3 | Record of case transferred in from District of Maryland; Case Number in Other District: 05cv2814. Copy of Docket Sheet and original file with documents numbered 1-3 attached- filed by Adrian D. Walker. (Attachments: # 1 DI# 1# 2 DI# 2# 3 DI# 3)(els, ) (Entered: 10/25/2005) |
| 10/24/2005 | ●4 | COMPLAINT filed pursuant to 42:1983 against Sussex Community Corrections, Robert George, Public Defenders Office - filed by Adrian D. Walker.($250.00 filing fee paid in USDC/MD)(els, ) . Additional attachment(s) added on 12/28/2005 (mmm, ). (Entered: 10/25/2005) |
| 10/25/2005 | ● | ORDER Transferring matter to U.S. District Court for the Ditrict of Delaware, Signed by The Hon. William M. Nickerson on 10-20-05 in USDC Maryland - DI# in other district: 2(els, ) (Entered: 10/25/2005) |
| 11/02/2005 | ● | Case assigned to Judge Gregory M. Sleet. Please include the initials of |

| | | the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 11/02/2005) |
|---|---|---|

# Select A Case

**This person is a party in 5 cases.**

1:03-cv-00472-SLR   Walker v. Sussex Probation, et al   filed 05/15/03   closed 02/03/04

1:03-cv-00809-SLR   Walker v. SC Probation, et al   filed 08/14/03   closed 02/04/04

1:03-cv-00810-SLR   Walker v. District Court DE, et al   filed 08/14/03   closed 11/07/03

1:03-cv-00811-SLR   Walker v. District Court DE, et al   filed 08/14/03   closed 11/07/03

1:03-cv-00929-SLR   Walker v. First Corr Medical, et al   filed 10/03/03   closed 12/11/03

# Select A Case

**This person is a party in 4 cases.**

| | | | | |
|---|---|---|---|---|
| 1:00-cv-00361-JJF | Walker v. Dept of Corrections | *Archived Phila* | filed 03/31/00 | closed 06/02/00 |
| 1:00-cv-00381-GMS | Walker v. State of Delaware | *Archived Phila* | filed 04/07/00 | closed 10/08/02 |
| 1:05-cv-00168-SLR | Walker v. Johnson et al | | filed 03/18/05 | closed 06/07/05 |
| 1:05-cv-00744-GMS | Walker v. Sussex Community Corrections et al | | filed 10/24/05 | |

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 23, 2006

TO:  Adrian D. Walker
     20550 Atlanta Road
     Bridgeville, DE 19933

**RE: Return of Unclear Documents**

Dear Mr. Walker:

The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith). Please be advised that it is unclear how you wish these papers to be treated. Please clarify your intentions for filing these papers in U.S. District Court and return for filing if necessary. If you have a civil action pending in this Court, indicate your U.S. District Court case number on your papers. If you are filing a new complaint, please file it in accordance with the Federal Rules of Civil Procedure. You may call the Clerk's office for additional filing information, or view our web page at: www.ded.uscourts.gov .

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc:  Alpha File