1667



**State of Delaware**
**Office of State Court Collections Enforcement**
**97-A Parkway Circle**
**New Castle, DE 19720**
**(302) 323-5356**

**February 11, 2006**

DEBORAH D. BAKER
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXP. 9-2-2007

ADRIAN D. WALKER
20550 ATLANTIC DROAD

BRIDGEVILLE, DE 19933-

*Adrian Walker*

*Deborah D Baker*
3-3-06

| **RE** | **Balance Due** | **Monthly Payment** |
|---|---|---|
| **SS    00-11-0323** | **$439.00** | **$45.00** |

The above referenced case has been turned over to the Office of State Court Collections Enforcement, for payment monitoring, by a branch of the Delaware Judiciary.

Regular monthly payments must be maintained to keep this account in good standing. Your minimum monthly payment, as referenced above, is based upon your balance due or an agreed upon payment amount with this office.

An immediate payment must be received within 15 days of the date on this letter, using one of the following payment options:

1. Mail a money order or a personal/certified check made payable to the "State of Delaware". Personal checks must be imprinted with your current address, and include your telephone number. There is a **$25.00** processing fee for all returned checks.

2. Visit your local Collections Enforcement Office to make cash payments. For a location and phone number near you, please visit our website at http://courts.state.de.us/oscce.

3. Credit cards may be used at your local Collections Enforcement Office, or by filling out the remittance slip at the bottom of this page and mailing it to our office using the enclosed self addressed envelop.

If you are unable to make this payment, please bring documented proof of your financial responsibilities to your nearest Collections Enforcement Office to discuss possible payment arrangements.

**Any outstanding financial obligations will be offset against future State of Delaware income tax refunds.**

**Failure to respond to this letter could be used as sufficient cause for a "Contempt of Court" hearing request.**

Thank you for your cooperation in this matter.

*Attached is A District Court Affidavit*

*302-856-5243*

(Cut Here and Include with Payment)

Name: **ADRIAN D. WALKER**                          Criminal Action Number:    **SS    00-11-0323**

Monthly Payment Due:    **$45.00**

Card Holders Signature: _____    Payment Amount: _____

Card Holders Address: _____ City _____ ST _____ ZIP _____

Card Holders Phone Number: _____

Credit Card #: [ ][ ][ ][ ][ ] [ ][ ][ ][ ][ ] [ ][ ][ ][ ][ ]

Credit Card Type:    MasterCard        Visa        Discover

*3 of 3*

Expiration Date: [ ][ ][ ][ ]        Last three digits of security number sequence located in signature box: [ ][ ][ ]

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

■ Complete items 1, 2, and 3. Also complete
Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature
X ⟋ⅥD ⟋ ☐ Agent
☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery
11-3-05

1. Article Addressed to:

JUstice CArolyn Berger
DelAwAre Supreme Court
42 The Green
Dover, DelAware

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)   2005  1820  0004  6254  7392

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



Office of State Court Collections Office Locations:

☐ Hares Corner Main Office
97-A Parkway Circle
New Castle, DE 19720
(302)323-5356

☐ Wilmington Probation Office
1601 N. Pine St.
Wilmington, DE 19801
(302)577-3443

☐ Dover Probation Office
511 Maple Parkway
Dover, DE 19901
(302)739-5387 ex.213

☑ Georgetown Probation Office
546 S. Bedford St
Georgetown, DE 19947
(302)856-5243

☐ Sussex Violation Unit
Rd 6 Box 700
Georgetown, DE 19947
(302)856-5790 ex.172

## PAYMENT AGREEMENT

It is hereby acknowledged by the undersigned that all fine, costs, surcharges and restitution must be paid to the OFFICE OF STATE COURT COLLECTIONS ENFORCEMENT in **cash, money order or check** made payable to the State of Delaware in the amounts and at the times specified by the Court, or this Payment Agreement.

Personal checks must include a telephone number and current address.
**THERE WILL BE A $25.00 FEE FOR ALL RETURNED CHECKS.**

It is also acknowledged and understood that failure to abide by the specific court orders or a breach of this agreement shall be sufficient cause for a "Contempt of Court Hearing."

Court: _SC/SC_    Judge: _Berward_    Case#(s): _00-11-0323 , 03-07-043_

Defendant Name: _Adrian Walker_    SSN#: _____    DOB: _____

Defendant Address: _20550 Atlanta Rd_    City _Georgeville_  State: _DE_  Zip: _19933_

_____    Home Phone: _393-6074_

Employer: _SSI_

Employer Address: _____    City: _____  State: _____  Zip: _____

_____    Work Phone: _____

**Payment Schedule: $** _100.00_ **Per Month beginning** _3/31/06_ .

Total/Current Balance Owed: $ _650.00_

***FAILURE TO COMPLY WITH THIS MONTHLY PAYMENT AGREEMENT SHALL RESULT IN A CONTEMPT OF COURT HEARING***

_____
(Defendant Signature)    Date

_____
(Collection Officer Signature)    Date

State SBI# _00194083_

Driver's License #_____    State: _DE_

White-OSCCE; Pink-Prothonotary; Yellow-Defendant
Revised: 3/8/01    7005 1820 0004 8255 8157

Doc. No: 02-17-03-01-04-02

IN THE _____Supreme_____ COURT OF THE STATE OF DELAWARE

IN AND FOR _____ Kent _____ COUNTY


| Adrian D. Walker | * | |
|---|---|---|
| | * | |
| V. | * | _____257 - 2001_____ |
| | * | |
| STATE OF DELAWARE | * | |
| | * | |

**MOTION FOR** _____ AV __ Motion practice; section 9(A)_

**COMES NOW,** the Movant, ____Adrian D. Walker____, pro se who

pursuant to__ Motion Rule 30(D) and Judiciary Rule 5(B2)__ , moves this

Honorable Court to grant this motion. In support, the following facts are asserted;

May 23rd, 2000 reguested U.S. Magistrate by written pleadings

with provisions under federal rule 21 of civil procedure and 42 USC

section 1990. Final order on District court compliant NO. 00-361

versus Dept. of Corrections by Judge Joseph Farnan Jr. is without

merit. Superior court Judge Richard F. Stokes denied both case

reviews and Rule 12 motions under District court complint NO. 00-

381. Petitioner reguest Delaware uniform Judical rule 201; rele-

vancy rule 405; and privileges rule 509 law notice.

Dated:_ 9-14-01 ___

Adrian Walker

Sussex Correctional Inst.

P.O. Box 500

Georgetown, DE 19947

## REQUEST FORM
### FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Walker Adrian D.        SBI Number: 00194683
            (Last)      (First)    (M.I.)

Housing Unit: Structured Care Unit A-8

RECEIVED
APR 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

Adrian Walker
Adrian Walker
Inmate Signature

_____
Notary

Inmate Account Activity Statement will be processed only after staff verifies your required documents are complete.

RECEIVED

DIANE M. PLUMMER
Notary Public, State of Delaware
My Commission Expires March 25, 2005

Date received by business office: _____ SEP 1 7 2003

SCI BUSINESS OFFICE

FOOTNOTE ADDED: SEPTEMBER 24TH, 2003 INMATE ACCOUNT STATEMENTS WERE MAILED TO THE DELAWARE DISTRICT COURT. SEE PETITION CONCLUSION FOR DECLARATION WITH FOOTNOTES PURSUANT TO TITLE 44 USC SECTION 1508 THAT APPEARS ON APPENDIX (L).