IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADRIAN D. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-744-GMS |
| | ) |
| SUSSEX COMMUNITY | ) |
| CORRECTIONS CENTER, | ) |
| WARDEN ROBERT GEORGE, | ) |
| and PUBLIC DEFENDER'S | ) |
| OFFICE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 30th day of March, 2006, the complaint in the above-captioned case having been filed on October 7, 2005;

IT IS ORDERED that, on or before **April 10, 2006**, plaintiff shall show cause why this case should not be dismissed for failure to serve process within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE