IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADRIAN D. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civ. No. 05-744-GMS | |
| | ) | |
| SUSSEX COMMUNITY | ) | |
| CORRECTIONS CENTER, | ) | |
| WARDEN ROBERT GEORGE, | ) | |
| and PUBLIC DEFENDER'S | ) | |
| OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this __25th__ day of April, 2006, the complaint in the above-captioned case

having been filed on October 7, 2005, and the plaintiff having failed to show cause why this case

should not be dismissed for failure to serve process as ordered by the court (D.I. 7);

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to

serve process within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE