ADRIAN WALKER
20550 ATLANTA ROAD
BRIDGEVILLE, DE 19933

JUSTICE CAROLYN BERGER
DELAWARE SUPREME COURT
DOVER, DELAWARE 19901                                APRIL 26TH, 2006

## SUMMONS (WRIT) AFFIDAVIT

THIS SUMMONS IS BEING SERVED PURSUANT TO TITLE 28 UNITED STATES CODE FOR CIVIL PROCEDURE SECTIONS 2102, 2675, AND 1254(2). ATTACHEDPLEASE FIND A MARYLAND U.S. DISTRICT ATTORNEY AFFIDAVIT DATED NOVEMBER 17TH, 2005 WITH MARYLAND COMPLIANT NO. 05-2814WMN. TITLE 26 USC SECTION 7609 GRANTS THIRD PARTY (IRS) DIVERSITY JURISDICTION OF MARYLAND COMPLIANT VERSUS DELAWARE. MARCH 04TH, 2002 THE DELAWARE SUPREME COURT DENIED FEDERAL PRIORITY(CASE NO. 257-2001) WITH DELAWARE DISTRICT COURT CASE NO. 00-381GMS PENDING DECISION. THIS CASE WAS DECIDED OCTOBER 08TH, 2002.

[RECEIVED APR 25 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE]
BD

RESPECTFULLY SUBMITTED

*Adrian D. Walker*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

PLAINTIFF
ADRIAN D. WALKER

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-744GMS**

DEFENDANT(S)
SCCC/SVOP AND PUBLIC DEFENDERS
OFFICE GEORGETOWN, DE
(DEPT. OF TREASURY THIRD PARTY)

TO: (Name and address of Defendant)

## JUSTICE CAROLYN BERGER
## DELAWARE SUPREME COURT
## 42 THE GREEN; DOVER, DE 19901

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

## ADRIAN WALKER PRO'SE
## 20550 ATLANTA ROAD
## BRIDGEVILLE, DE 19933

## APRIL 26TH, 2006

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                    DATE

(By) DEPUTY CLERK