OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**DATE:**   April 27, 2006

**TO:**   **Adrian Walker**

**RE:**   **Walker v. Sussex Community Corrections, et al., 05-744**
**Summons received on 4/25/06**

As noted below, a document or a courtesy copy has been filed in the above noted case which ***does not conform*** to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

❏   Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

❏   Courtesy copy not received by next business day.

❏   Redacted copy of sealed document not received within 5 business days.

❏   Pro Hac Vice fee not yet paid.

❏   The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

❏   Certificate of Service not included with the document.

❏   Discovery document(s) erroneously filed:  DI#_____ will be removed from the docket.

❏   7.1.1 statement required with non-dispositive motions was not included with the document.

❏   Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

❏   Brief exceeds the page limitations _____.

❏   Brief does not include a paginated table of contents/citations.

❏   Diskette or CD exceeds 2.5 megabytes.  Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

❏   Document  not in PDF format.  Provide disk/CD with document in PDF format.

❏   Document not readable in PDF reader , or ❏ appears to be missing pages.

**X**   **Other: This case was dismissed on 4/25/06 and the person for whom you request the summons issued is not a party to this case.**

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:   Assigned Judge

Deputy Clerk

(Rev. 5/05)